# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                               Reply to Northern Division Address

May 7, 2003

Re:     Whalen v. Temper, etal
        RDB-02-191

Dear Counsel/Parties:

This case has been **reassigned** to Richard D. Bennett.  Please note that the letter (s) preceding the case number above represent the initials of the judge to whom the case has been reassigned and who will hereafter handle all aspects of the case.  **It is important that you use this case number on all subsequent documents**.

This case:

[X    ] is subject to electronic filing.  Information on electronic filing procedures can be found on the Court's web site.

[    ] is not subject to electronic filing.  However, if you are a registered CM/ECF user, you will receive electronic notification of any docket activity.  There will not, however, be links to any documents which are filed.

Sincerely,

Felicia C. Cannon, Clerk

By: _____/s/_____
                 Deputy Clerk

c:     JudgesGarbis/Bennett
       Magistrate Judge

U.S. District Court (4/29/2003) - Case reassignment letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**