**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE

| Northern Division | Southern Division |
|---|---|
| 320 U.S. Courthouse | 200 U.S. Courthouse |
| 101 W. Lombard Street | 6500 Cherrywood Lane |
| Baltimore, MD  21201 | Greenbelt, MD  20770 |
| Tel 410-962-3190 | Tel 301-344-0052 |
| Fax 410-962-3177 | Fax 410-344-3888 |

May 23, 2003

TO COUNSEL OF RECORD

RE:   *Whalen v. Temper,* et al.
       No. RDB 02-191

Dear Counsel:

In light of Plaintiff's anticipated filing of the Amended Complaint and pursuant to our chambers conference this morning, it is agreed that the following schedule shall supplement the deadlines set forth in the Scheduling Order entered on March 6, 2002 and the Order entered on November 5, 2002:

| | |
|---|---|
| Friday, May 30, 2003 | Counsel for Defendant Nucar Connection, Inc. shall identify to the Court the person who will represent Defendant Universal Underwriters Insurance Company ("Universal") |
| Monday, June 30, 2003 | Universal shall file its Rule 12(b)(6)/Rule 56 motion with respect to the issue of insurance coverage |
| Tuesday, July 15, 2003 | Deadline for Plaintiff to file her response |
| Tuesday, July 22, 2003 | Deadline for Universal to file any reply to Plaintiff's response |
| Friday, August 15, 2003, 10 a.m. | Pretrial conference in Baltimore chambers |

Depending on the Court's ruling on any motion filed by Universal, the case may be referred to United States Magistrate Judge Beth P. Gesner for an additional settlement conference to occur on Monday, August 11, 2003 at 10 a.m.  **The parties are hereby advised that no extensions of the deadlines set forth in this letter or the trial date (which is currently set for Monday, September 8, 2003) will be granted, except in extraordinary circumstances.**

Despite the informal nature of this letter, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Sincerely,

/s/

Richard D. Bennett
United States District Judge

cc  Hon. Beth P. Gesner