**FOR THE DISTRICT OF MARYLAND**

NANCY J. WHALEN                     *

    Plaintiff                          *

    v.                                 *    Civil Action No: RDB - 02-191

DONALD L. TEMPER, et al.            *

    Defendants                         *

*   *   *   *   *   *   *   *   *   *   *   *   *

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

    Plaintiff, Nancy J. Whalen, by her attorneys, Paul D. Bekman, Salsbury, Clements, Bekman, Marder & Adkins, L.L.C., moves pursuant to F.R.C.P. 15 and Local Rule 103(6) for leave of Court to file an Amended Complaint, for the reasons stated in the accompanying memorandum.

    Counsel for the Plaintiff has obtained the consent of counsel for each of the Defendants to the filing of the Plaintiff's Amended Complaint For Monetary and Declaratory Relief and Election for Jury Trial and has provided each with copies of the Motion for Leave to File Amended Complaint and the Amended Complaint, attached as **Exhibit 1**.

 

_____

PAUL D. BEKMAN - Federal ID No. 00019
SALSBURY, CLEMENTS, BEKMAN,
    MARDER & ADKINS,  L.L.C.
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201
(410) 539-6633

Attorneys for Plaintiff