**FOR THE DISTRICT OF MARYLAND**

NANCY J. WHALEN                              *

      Plaintiff                              *

      v.                                     *        Civil Action No: RDB - 02-191

DONALD L. TEMPER, et al.                     *

      Defendants                             *

*     *     *     *     *     *     *     *     *     *     *     *     *

**ORDER**

Upon consideration of the Plaintiff's Motion for Leave to File an Amended Complaint, as well as any response thereto, it is this ___ day of _____, 2003, by the United Stated District Court for the District of Maryland

ORDERED that Plaintiff's Motion for Leave to File an Amended Complaint be and is hereby granted.

 

                                              _____
                                              United States District Judge