IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NANCY J. WHALEN | * | |
| Plaintiff | * | |
| v. | * | Civil Action No: RDB - 02-191 |
| DONALD L. TEMPER, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of June, 2003, a copy of Plaintiff's Motion for Leave to File Amended Complaint, Memorandum in Support of Motion, proposed Order, and attachments, was mailed first class, postage prepaid to:

David F. Ryder, Esquire
**Martell, Donnelly Grimaldi & Gallagher**
9 North Adams St
Rockville, MD 20850
*Attorneys for Defendant, Barbara Dunn*

———————————————
PAUL D. BEKMAN - Federal ID No. 00019
SALSBURY, CLEMENTS, BEKMAN,
   MARDER & ADKINS, L.L.C.
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201
(410) 539-6633

Attorneys for Plaintiff