# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

NANCY J. WHALEN

**Plaintiff(s)**

**CIVIL ACTION** ___RDB-02-191___

**VS.**

**SUMMONS**

UNIVERSAL UNDERWRITERS INSURANCE COMPANY

SERVE ON:    Steven B. Larsen
             Insurance Commissioner
             525 St. Paul Place
             Baltimore, MD  21202

**Defendant(s)**

TO THE ABOVE NAMED DEFENDANT(S):    Universal Underwriters Insurance
                                                      Company

You are hereby summoned and required to serve upon Plaintiff's attorney

whose address is    Paul D. Bekman, Salsbury, Clements, Bekman, Marder & Adkins, LLC
                    300 W. Pratt Street, Suite 450, Baltimore, MD  21201

an answer to the *amended* complaint which is herewith served upon you, within __20__

days after service of this summons upon you, exclusive of the day of service. **If you**

fail to do so, judgment by default will be taken against you for the relief demanded

**in the complaint.**

_____FELICIA C. CANNON, Clerk_____

_____
Deputy Clerk

DATE: _June 13, 2003_

NOTE: THIS SUMMONS IS ISSUED PURSUANT TO RULE 4 OF THE FEDERAL RULES OF
CIVIL PROCEDURE, AND OR THE MARYLAND LONG ARM STATUTE.

sm 9/99