IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NANCY J. WHALEN | * | |
|     Plaintiff | * | |
| v. | * | Civil Action No:   RDB-02-CV-191 |
| DONALD L. TEMPER, et al. | * | |
|     Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AFFIDAVIT OF SERVICE

The undersigned hereby certifies that service of process was executed upon Universal Underwriters Insurance Company by delivering and leaving with Andrew N. Janquitto, Esquire, Mudd, Harrison & Burch, Suite 300, Jefferson Building, 105 West Chesapeake Avenue, Towson, Maryland 21204, a copy of the Amended Complaint and Election for Jury Trial.

The undersigned further certifies that he is a competent private person over eighteen years of age and is not a party to this action.

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true and correct to the best of my knowledge, information and belief.

 

                                                                                                          PAUL D. BEKMAN
                                                                                                           Salsbury, Clements, Bekman,
                                                                                                             Marder & Adkins, LLC
                                                                                                          Suite 450, 300 West Pratt Street
                                                                                                          Baltimore, Maryland  21201
                                                                                                          (410) 539-6633