# Maryland Motor Vehicle Accident Report

Case 1:02-cv-00191-JKB  Document 252  Filed 06/30/2005  Page 1 of 5

| Field | Value |
|---|---|
| REPORT NO | 09114177 |
| PAGE OF | 1 1 |
| ACCIDENT DATE | 07 04 00 |
| ACCIDENT TIME | 0637 |
| REPORT TYPE | HIT & RUN / NON-TRAFFIC |
| RESEARCH | |
| LOCAL CASE NUMBER | 00508616 |
| LOCAL CODES | |
| PHOTOS? | NO / YES |
| INVESTIGATING OFFICER ID | TPR C. WARNER 3299 |
| AGENCY AND AREA | MSP 553 |
| SUPERVISING OFFICER ID | CPL/OUNSLEY 3245 |
| REVIEWER ID # | |
| CODE AND NAME OF MUNICIPALITY | 00 00 |
| COUNTY | 07 |
| RD CHAR | 02 |
| RTE NUM Accident Occurred On | MD00213 |
| ROAD NAME | AUGUSTINE HERMAN HWY |
| IN LANE | S 19 |
| TRAF SIG | NO 20 |
| ON RAMP | NO 21 |
| Ramp Number (Direction) | 0-Not Ramp |
| IN INTERSECTION | NO 23 |
| RD COND | 01 |
| INT-RTE | CG00289 |
| INTERSECTING ROAD NAME | COURT HOUSE POINT RD |
| MILEPT | 10.87 |
| DIR | N 00 |
| Dist. of Acc fr INT-RTE/Ref. & Dir. | .125 FT/MI N |

### Accident Diagram Codes
- RD DIV: 01
- SRF COND: 04
- CM ZONE: NO 35
- JUNCT'N: 01
- EVENT-1: 01
- EVENT-2: 08
- FIX OBJ: 00
- COLL TY: 02
- LIGHT: 04
- WEATHER: 03

### Description of Accident

Vehicle No. 1 was N/B Rte 213, N/o Court House Point Road
Vehicle No. 2 was S/B Rte 213, N/o Court House Point Road
The operator of Vehicle No. 1 stated that Vehicle No. 2, the pickup crossed the centerline and was heading toward her vehicle. The operator of Vehicle No. 1 stated she veered to the right in an effort to avoid Vehicle No. 2, however Veh. No. 2 continued in her direction. The operator of Veh. No. 1 crossed the centerline to avoid Veh. No. 2, at which time Veh. No. 2 struck Veh. No. 1 broadside. Both vehicles came to final rest along S/B 213.

### Unit 1

| Field | Value |
|---|---|
| UNIT # | 01 |
| NAME | BARBARA ARLENE DUNN |
| SEX | 02 |
| TYPE OF UNIT | 02 DRIVER |
| ADDRESS | 24 SITNAY RUN, ELKTON, MD, 21921 |
| TEL | 410-398-2576 Res |
| INJ | 02 |
| EMS | A |
| MOVEMENT | 01 |
| CONDITN | 02 |
| SUBST | 1 |
| TEST | 03 |
| RESULT | .00 |
| FOR PEDS ONLY AGE | 0 00 |
| TYPE | 00 |
| LOCAT'N | 00 |
| OBEY | 00 |
| VISIBL | 00 |
| SPEED LIMIT | 50 |
| SAF. EQU | 13 |
| EQ PROB | 01 |
| EJECT | 01 |
| CITATION NUMBER(S) | PENDING |
| FAULT | NO 65 |
| GOING | 01 |
| DRIVER'S LICENSE NUMBER | O-500-081-071-790 |
| STATE | MD |
| CLASS | C |
| CONTINU | 01 |
| DR DATE OF BIRTH | 10 14 52 |
| IRREGULAR CONDITION | PARKED / CAUGHT FIRE / HIT & RUN / DRIVERLESS N |
| HM SPILL | N |
| HAZ MAT NUMBER | 00 |
| BODY TY | 02 |
| COMMER. VEHICLE ONLY | |
| U.S. DOT NUMBER | 00 |
| ICC NUMBER | 00 |
| BODY TY | 00 |
| CDL? | NO 79 |
| MOST HE | 01 |
| OWNER OR CARRIER NAME | NUCAR CONNECTION 1-800-48-NUCAR |
| CONTRIB CIRCUMSTANCES | 02 |
| OWNER/CARRIER ADDRESS | 174 N DUPONT HWY, NEW CASTLE, DE 19720 |
| TOWED VEH(S) | 00 00 |
| YEAR & MAKE OF VEHICLE | 2100 CHEVY |
| MODEL | CAMARO |
| 1st IMPACT PT. | 03 |
| MAIN IMPACT | 03 |
| EXP YR & REGISTR # STATE | 61 00 01883 MD |
| AREAS DAMAGED | 04 05 00 |
| INSURER | UNITED SVC AUTO |
| VEHICLE ID NUMBER | 2G1FP22K9V2100361 |
| POLICY NUMBER | BR025181024181 |
| DAM EXT | 05 |
| VEHICLE REMOVED BY | CARPENTERS |
| VEHICLE REMOVED TO | TOW LOT |

### Unit 2

| Field | Value |
|---|---|
| UNIT # | 02 |
| NAME | DONALD LLOYD TEMPER |
| SEX | 01 |
| TYPE OF UNIT | 02 DRIVER |
| ADDRESS | 87 PARKSIDE DR., EARLVILLE, MD, 21919 |
| TEL | 410-275-1206 Res |
| INJ | 01 |
| EMS | B |
| MOVEMENT | 01 |
| CONDITN | 02 |
| SUBST | 1 |
| TEST | 02 |
| RESULT | .14 |
| FOR PEDS ONLY AGE | 0 55 |
| TYPE | 00 |
| LOCAT'N | 00 |
| OBEY | 00 |
| VISIBL | 00 |
| SPEED LIMIT | 50 |
| SAF. EQU | 13 |
| EQ PROB | 01 |
| EJECT | 01 |
| CITATION NUMBER(S) | PENDING |
| FAULT | YES |
| GOING | 02 |
| DRIVER'S LICENSE NUMBER | T-160-149-525-871 |
| STATE | MD |
| CLASS | C |
| CONTINU | 02 |
| DR DATE OF BIRTH | 11 13 59 |
| IRREGULAR CONDITION | PARKED / CAUGHT FIRE / HIT & RUN X / DRIVERLESS N |
| HM SPILL | |
| HAZ MAT NUMBER | 00 |
| BODY TY | 20 |
| U.S. DOT NUMBER | 00 |
| ICC NUMBER | 00 |
| BODY TY | 00 |
| CDL? | NO 79 |
| MOST HE | 01 |
| OWNER OR CARRIER NAME | SAME |
| OWNER/CARRIER ADDRESS | SAME |
| TOWED VEH(S) | 00 00 |
| YEAR & MAKE OF VEHICLE | 0096 TOYOTA |
| MODEL | TACOMA |
| 1st IMPACT PT. | 02 |
| MAIN IMPACT | 02 |
| EXP YR & REGISTR # STATE | 00 01 KY227 MD |
| AREAS DAMAGED | 01 02 03 |
| INSURER | STATE FARM |
| VEHICLE ID NUMBER | 4TAWM72NXT22186636 |
| POLICY NUMBER | 207153W50 |
| DAM EXT | 04 |
| VEHICLE REMOVED BY | CARPENTERS |
| VEHICLE REMOVED TO | TOW LOT |

### Passengers / Witnesses

| TRAFFIC UNIT # | SEATING POSITION | NAME & ADDRESS | Wtness telephone # | SEX | AGE | SAFETY EQUIP | EQUIP PROB | INJUR SEVER | EJECTION | EM UN |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 03 | NANCY J. WHALEN, 323 MADDOCK AVE, TRENTON, NJ, 08610 | | 02 | 048 | 13 | 01 | 04 | 04 | B |

### EMS Info

| Field | Unit A | Unit B |
|---|---|---|
| INJURED TAKEN BY | TROOPER 1 | TROOPER 1 |
| INJURED TAKEN TO | SHOCK TRAUMA | SHOCK TRAUMA |
| EMS RUN REPORT # | 6429105 | 6929001 |

MSP FORM #1 (3/95)

POLICE DEPARTMENT COPY

**Date and Time:** July 4, 2000, 0030 hrs.
**Local Case Number:** 00-55-08646
**MAARS Report Number:** 09114177
**Location:** Augustine Herman Highway (MD Rte 213) N/O Court House Point Road (CO Rd 289), Chesapeake City, MD. 21915, Cecil County
**Investigating Trooper:** Tpr. C. Warner, IBM 3299
**Reconstructionist:** Tpr. J.E. DeCourcey, IBM 0837

## SCENE IDENTIFICATION

The collision occurred on 07/04/00 at approx. 0030 hrs. Weather conditions were clear/cloudy (01) at the time of the collision; lighting conditions at the time of the collision were consistent with the hours of darkness without the illumination of street lighting (04). The collision occurred in the S/B Lane of Augustine Herman Highway (MD Rte 213) approx. .25-mile N/O Court House Point Road (CO Rd 289), south of Chesapeake City, MD. 21915 in Cecil County. Augustine Herman Highway (MD Rte 213) is a two-lane, non-divided highway featuring improved asphalt shoulders (01).

**Augustine Herman Highway (MD Rte 213):**
  **Number of Lanes:** 2  **Direction:** North and South  **Surface:** Asphalt.
  **Shoulders:** Asphalt approx. 8 feet in width.
  **Lane markings:**
    1) Solid white edge line separating asphalt shoulders and north and southbound travel portion of the roadway,
    2) Dotted/broken yellow lines separating north and southbound lanes,
  **Traffic Control Devices:** None.
  **Any defects on the roadway or roadway construction:** None.
  **Posted Speed Limit:** 50 mph.

## INJURED

**Injured Number 1:**
  **Name:** Barbara Arlene Dunn
  **Date of Birth:** 10/14/52
  **Address:** 24 Sandy Run, Elkton, MD., 21921

    **Sex/Race:** Female/White
    **Driver's License Number/Soundex:** D-500-081-071-790
    **License State:** MD
    **License Class:** C
    **License Status:** Valid
    **License Issuance:** 02/27/98
    **License Expiration:** 10/14/02
    **Known Injuries:** Extremity injuries; Injured, not incapacitated (03).
    **Condition:** Had Been Drinking (02).
    **Substance Detected:** Alcohol Present (11).
    **Test Administered:** Evidence Test Given (03).
    **Transported by:** MSP Trooper 1
    **Transported to:** University of Maryland Shock Trauma Center, Baltimore, MD.
    **EMS Run Report No.:** 6929105
    **Safety Equipment Used:** Air Bag and Belts (32)
    **If available, was it used correctly?** Yes
    **Location/Seating Position:** Vehicle No. 1; Driver (01)

**Injured Number 2:**
    **Name:** Nancy Jean Whalen
    **Date of Birth:** 09/30/53
    **Address:** 3828 Nottingham Way, Hamilton Square, N.J.
    **Sex/Race:** Female/White
    **Driver's License Number/Soundex:** W3154 5771 59536
    **License State:** NJ
    **License Class:** D
    **License Status:** Valid
    **License Issuance:** 05/26/98
    **License Expiration:** 05/31/02
    **Known Injuries:** Chest, abdomen and lower extremity injuries; Disabled/incapacitated (04).
    **Condition:** Had Been Drinking (02).
    **Substance Detected:** Alcohol Present (11).
    **Test Administered:** N/A.
    **Transported by:** MSP Trooper 1
    **Transported to:** University of Maryland Shock Trauma Center, Baltimore, MD.
    **EMS Run Report No.:** 66929120
    **Safety Equipment Used:** Air Bag and Belts (32)
    **If available, was it used correctly?** Yes
    **Location/Seating Position:** Vehicle No. 1; Right Front Seat Passenger (03)

## DRIVERS

**Driver Number 1:**
   Same as Injured Number 1, listed above.

**Driver Number 2:**
   **Name:** Donald Lloyd Tepper
   **Date of Birth:** 11/13/59
   **Address:** 87 Parkside Drive, Earleville, MD., 21919
   **Sex/Race:** Male/White
   **Driver's License Number/Soundex:** T-160-149-525-871
   **License State:** MD
   **License Class:** C
   **License Status:** Valid
   **License Issuance:** 12/14/96
   **License Expiration:** 11/13/01
   **Condition:** Had Been Drinking (02).
   **Substance Detected:** Alcohol Present (11).
   **Test Administered:** Evidence Test Given (03).
   **Safety Equipment Used:** Air Bag and Belts (32)
   **If available, was it used correctly?** No

## PASSENGERS

**Passenger Vehicle Number 1:**
   Same as Injured Number 2, listed above.

## VEHICLES

**Vehicle Number 1:**
   **Year:** 2000
   **Make:** Chevrolet
   **Model:** Camaro Convertible Z-28

    **Color:** Red with Black Top
    **Vehicle Identification Number:** 2G1FP32G9Y2100361
    **Registration:** D1883 **State:** DE **Expiration:** 12/00
    **Sticker No.** N/A **Status:** Valid
    **Registered Owner:** Nu Car Connection.
    **Address:** 174 North DuPont, New Castle, DE. 19720
    **Insurance:** Universal Underwriters
    **Policy Number:** 1880258NIE41181
    **Damage:** Overall
    **Vehicle Removed by:** Carpenters Towing
                     2558 Augustine Herman Highway
                      Chesapeake City, MD. 21915
    **Vehicle Removed to:** Carpenters Towing

**Vehicle Number 2:**
    **Year:** 1996
    **Make:** Toyota
    **Model:** Tacoma
    **Color:** Blue
    **Vehicle Identification Number:** 4TAWM72NXTZ218636
    **Registration:** 1CY227 **State:** MD **Expiration:** 01/01
    **Sticker No.** 05136532 **Status:** Valid
    **Registered Owner: Name:** Donald Lloyd Tepper
    **Address:** 87 Parkside Drive, Earleville, MD. 21919
    **Insurance:** State Farm
    **Policy Number:** 207153W50
    **Damage:** Overall
    **Vehicle Removed by:** Carpenters Towing
                     2558 Augustine Herman Highway
                      Chesapeake City, MD. 21915
    **Vehicle Removed to:** Carpenters Towing

## WITNESSES

**Witness Number 1:**
    **Name:** John Joseph Deeney
    **Date of Birth:** 08/28/51
    **Address:** 107 Roland Road, Coatesville, PA. 19320
    **Telephone No.:** H: (610) 486-6424; W: (610) 486-6424