# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS POLICY INSURES ONLY THOSE COVERAGES AND PROPERTY SHOWN
IN THE DECLARATIONS MADE A PART OF THIS POLICY. SUCH INSURANCE
APPLIES ONLY TO THOSE INSUREDS, SECURITY INTERESTS, AND LOCATIONS
DESIGNATED FOR EACH COVERAGE AS IDENTIFIED IN ITEM 2 BY LETTER(S)
OR NUMBER. (CHANGES, IF ANY, ARE INDICATED BY +)

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE      MAY 17, 2000

ITEM 1
POLICY PERIOD  NOVEMBER 01, 1999 TO  NOVEMBER 01, 2000      POLICY NO. 188025B

ITEM 2
NAMED INSURED AND TYPE:

| | | |
|---|---|---|
| 01 | NUCAR, INC. | CORPORATION |
| 02 | C. RONALD MILLER | INDIVIDUAL |
| 03 | NUCAR CONNECTION, INC. | CORPORATION |
| 04 | AIR PARK BUSINESS CENTER | OTHER |
| 05 | NUCAR MOTORS, INC. | CORPORATION |
| 06 | GREYTAK & MILLER, LLC. | OTHER |
| 07 | DAVID B. GREYTAK | INDIVIDUAL |
| 08 | GREYTAK & MILLER PARTNERSHIP | PARTNERSHIP |
| 09 | WILLIAMS MOBILE OFFICES<br>7001 GOLDEN RING ROAD<br>BALTIMORE, MD 21237 | OTHER |
| 10 | NUCAR PROPERTIES, LLC. | OTHER |
| 11 | NUCAR CONSULTING, INC. | CORPORATION |
| 12 | NUCAR KENT, LLC. | OTHER |
| 13 | NUCAR MIDDLETOWN, INC. | CORPORATION |
| 14 | NUCAR MIDDLETOWN, LLC. | OTHER |
| 15 | NUCAR DOVER, LLC. | OTHER |
| 16 | HESSLER PROPERTIES | OTHER |
| 17 | HERTRICH INVESTMENTS, LTD. | OTHER |

188025B

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE       MAY 17, 2000

ITEM 2

OTHER INSUREDS:

AA  DAVID B. GREYTAK

BB  KIA MOTORS AMERICA, INC.
    HEATH & CO.

CC  ROBERT L. & ROBIN DAVIS

DD  NUCAR KENT, LLC.

EE  NUCAR PROPERTIES, LLC.

FF  NUCAR DOVER, LLC.

GG  COLONIAL PACIFIC LEASING CORP.
    P.O. BOX 100
    TUALATIN, OR 97062-1100

HH  GREYTAK & MILLER

II  ALLIED TRAILER SALES & RENTALS
    9299 WASHINGTON BOULEVARD
    P.O. BOX 427
    SAVAGE, MD 20763
    * TRAILER #V93011

JJ  AIR PARK BUSINESS CENTER
    234 NORTH JAMES STREET
    NEWPORT, DE 19804

KK  WILMINGTON TRUST CO.
    ONE RODNEY SQUARE NORTH
    WILMINGTON, DE 19899

LL  C. RONALD & BONNIE MILLER

MM  SUBARU OF AMERICA, INC.
    1504 GLEN AVENUE
    MOORESTOWNE, NJ 08057
    ************************
    ENDORSEMENT 0532 APPLIES

NN  ADVANTA LEASING SERVICES
    P.O. BOX 313
    VOORHEES, NJ 08043
    LEASE #001-0217443-002
          #032-0217443-001

188025B                                          PAGE 1-B

## UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE       MAY 17, 2000

ITEM 2

 OO JAMES & MICHELLE CAPRON

 PP MITCHELL & YVONNE MILLER

 QQ HOWARD & CHERYL REAMER

 RR GMAC
   555 BUSINESS CENTER DRIVE
   HORSHAM, PA 19044

 SS BUTLER CAPITAL CORPORATION
   P.O. BOX 677
   HUNT VALLEY, MD 21030-0677

 TT WILLIAMS SCOTSMAN, INC.
   P.O. BOX 986
   BALTIMORE, MD 21203
   ******************************
   ENDORSEMENT 0532 APPLIES
   ENDORSEMENT 0528 APPLIES - 30
   DAY NOTICE OF CANCELLATION

 UU UNIVERSITY OF DELAWARE WOMEN'S
   BASKETBALL

 VV NUCAR MIDDLETOWN, LLC.

 WW UNIVERSITY OF DELAWARE
   PUBLIC RELATIONS OFFICE

 XX HESSLER PROPERTIES
   916 N. UNION STREET
   WILMINGTON, DE 19805

 YY VAUL TRUST & GMAC FINANCIAL
   SERVICES C/O PDP SERVICES
   7TH FLOOR EXECUTIVE PLAZA IV
   HUNT VALLEY, MD 21031
   ******************************
   ENDORSEMENT 0532 APPLIES

 ZZ LEASE MARKETING LTD
   AND ITS ASSIGNEE
   3025 HIGHLAND PARKWAY
   SUITE 450
   DOWNERS GROVE, IL 60515

SECURITY INTERESTS:

188025B

PAGE 1-C

## UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

```
0009455 00
0009455 00
```

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE    MAY 17, 2000

ITEM 2

A    WILMINGTON TRUST COMPANY
     ONE RODNEY SQUARE
     WILMINGTON, DE 19899
     "ENDORSEMENT 668 APPLIES"

B    THOMAS C. SHALLCROSS
     FRED SHALLCROSS
     P.O. BOX 17
     MIDDLETOWN, DE 19709

C    WILMINGTON TRUST COMPANY
     INSURANCE SERVICE CENTER
     P.O. BOX 9289
     RICHMOND, VA 23227
     1999 CHEVROLET #071687

D    CANNON FINANCIAL SERVICES
     15325 SE 30TH PLACE, SUITE 100
     BELLEVUE, WA 98007

E    FORD MOTOR CREDIT
     P.O. BOX 1005
     SOUTHEASTERN, PA 19399-9998

F    GENERAL MOTORS ACCEPTANCE COMPANY
     555 BUSINESS CENTER DRIVE
     HORSHAM, PA 19004
     * ALL VEHICLES LEASED TO GMAC
       USED IN RENTAL & COMPANY
       VEHICLE FLEETS

G    WILLIAMS SCOTSMAN, INC.
     P.O. BOX 986
     BALTIMORE, MD 21203
     ACCOUNT #666711
     ACCOUNT #10427-1
     ******************************
     ENDORSEMENT 0528 APPLIES - 30
     DAY NOTICE OF CANCELLATION

H    VAUL TRUST & GMAC FINANCIAL
     SERVICES C/O PDP SERVICES
     7TH FLOOR EXECUTIVE PLAZA IV
     7TH FLOOR EXECUTIVE PLAZA IV
     HUNT VALLEY, MD 21031-1053
     ******************************
     ACCT # 070-6257-01085-02
     ACCT # 001-00130-004636179

188025B                                                    PAGE 1-D

## UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE      MAY 17, 2000

ITEM 2

```
I    THE SCOTSMAN GROUP, INC.
     ATTN:  CAROL FRANZ
     P.O. BOX 986
     BALTIMORE, MD 21203

J    CANON FINANCIAL SERVICES, INC.
     P.O. BOX 370
     BURLINGTON, NJ 08016

K    PITNEY BOWES CREDIT CORPORATION
     P.O. BOX 5590
     SHELTON, CT 06484-7190
     ACCOUNT #2108355-004

L    PENCO INDUSTRIES, INC.
     66 PHILCRIS DRIVE
     DOVER, DE 19901

N    SUBARU OF AMERICA, INC.
     1504 GLEN AVENUE
     MOORESTOWNE, NJ 08057
     ******************************
     ENDORSEMENT 0532 APPLIES

O    REYNA FINANCIAL CORPORATION
     P.O. BOX 1005
     DAYTON, OH 45401

P    ALLIED TRAILER SALES & RENTALS
     9299 WASHINGTON BOULEVARD
     P.O. BOX 427
     SAVAGE, MD 20763-0427
     * TRAILER #V93011

Q    ADVANTA LEASING SERVICES
     P.O. BOX 313
     VOORHEES, NJ 08043
     LEASE #001-0217443-002
           #032-0217443-001

R    BUTLER CAPITAL CORPORATION
     P.O. BOX 677
     HUNT VALLEY, MD 21030-0677

S    TOSHIBA EASY LEASE
     P.O. BOX 601
     MOBERLY, MO 65270

T    MARLIN LEASING
```

188025B                                                        PAGE 1-E

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

```
                                                    0009455 00
                                                    0009455 00
```

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE      MAY 17, 2000


ITEM 2
```
      124 GAITHER DRIVE, SUITE 170
      MOUNT LAUREL, NJ 08054
      ***********************
      ACCT# 001-0004758-001

  U   COLONIAL PACIFIC LEASING
      13010 SW 68TH PARKWAY
      PORTLAND, OR 97223
      * LEASE #121059001

  W   LEASE MARKETING LTD
      AND ITS ASSIGNEE
      3025 HIGHLAND PARKWAY
      SUITE 450
      DOWNERS GROVE, IL 60515
      ENDORSEMENT 528 - 30 DAYS
      NOTICE OF CANCELLATION

  X   CANON FINANCIAL SERVICES, INC.
      P.O. BOX 370
      BURLINGTON, NJ 08016
      * CONTRACT #001-0077658-004
```

LOCATIONS:

```
  01  174 N. DUPONT HIGHWAY               AUTO SALES & SERVICE
      NEW CASTLE, DE 19720                CHEVROLET-HUMMER

  02  REAR 174 N. DUPONT HIGHWAY          DETAIL SHOP
      NEW CASTLE, DE 19720

  03  172 N. DUPONT HIGHWAY               AUTO SALES & SERVICE
      NEW CASTLE, DE 19720                MAZDA-ISUZU-SUBARU-KIA-USED CAR

  04  178 N. DUPONT HIGHWAY               AUTO PARKING
      NEW CASTLE, DE 19720

  05  184 N. DUPONT HIGHWAY               AUTO PARKING
      NEW CASTLE, DE 19720                LAND

  06  186 N. DUPONT HIGHWAY               AUTO PARKING
      NEW CASTLE, DE 19720

  07  33-34 AIR PARK INDUSTRIAL PARK      PARTS STORAGE
      NEW CASTLE, DE 19720                COLLECTIBLES

  08  40-42 AIRPARK INDUSTRIAL PARK       PARTS WAREHOUSE
      NEW CASTLE, DE 19720

  09  49-53 AIRPARK INDUSTRIAL PARK       PARTS WAREHOUSE
```

188025B                                            PAGE 1-F

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE       MAY 17, 2000

ITEM 2
         NEW CASTLE, DE 19720

   10  54-55 AIRPARK INDUSTRIAL PARK            TRUCK SERVICE
       NEW CASTLE, DE 19720

   11  56 AIRPARK INDUSTRIAL PARK               TRUCK SERVICE
       NEW CASTLE, DE 19720

   12  57-59 AIRPARK INDUSTRIAL PARK            BODY SHOP
       NEW CASTLE, DE 19720

   13  250 E. CLEVELAND AVENUE                  AUTO SALES & SERVICE
       NEWARK, DE 19711                         PONTIAC-KIA

   14  ADJ. 250 E. CLEVELAND AVENUE             AUTO SALES
       NEWARK, DE 19711                         USED AUTOS

   15  REAR 250 E. CLEVELAND AVENUE             DETAIL SHOP
       NEWARK, DE 19711

   16  286 E. CLEVELAND AVENUE                  BODY SHOP
       NEWARK, DE 19711

   17  2ND ADJ. 250 E. CLEVELAND AVENUE         STORAGE TRAILER
       NEWARK, DE 19711

   19  2ND REAR 250 E. CLEVELAND AVENUE         VACANT LAND
       NEWARK, DE 19711                         3/4 ACRE

   21  5221 SUMMIT BRIDGE ROAD                  AUTO SALES & SERVICE
       MIDDLETOWN, DE 19709

   22  5207 SUMMIT BRIDGE ROAD                  BARBER SHOP
       MIDDLETOWN, DE 19709                     HAIR SALON

   23  5251 SUMMIT BRIDGE ROAD                  LEASED PROPERTY
       5261 SUM.BRID.RD.-MAILING ADDRESS        VEGETABLE STAND
       MIDDLETOWN, DE 19709

   30  97A GEORGE STREET                        OFFICE & STORAGE
       GEORGETOWN, DE 19901

   31  210 TALBOT BLVD. W                       PARTS WAREHOUSE
       CHESTERTOWN, MD 21620

   34  2117 N. DUPONT HIGHWAY                   AUTO SALES & SERVICE
       NEW CASTLE, DE 19720                     KIA & USED CARS

   35  WEST SIDE OF SUMMIT BRIDGE ROAD          USED CAR SALES OFFICE

188025B                                          PAGE 1-G

## UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

```
                                              0009455 00
                                              0009455 00
```

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE       MAY 17, 2000

ITEM 2
    MIDDLETOWN, DE 19709

  36  29 GEORGIAN CIRCLE              DWELLINGS-ONE FAMILY (LRO)
      NEWARK, DE 19711

  37  97 GEORGE STREET                AUTO SALES
      GEORGETOWN, MD 21930             TRAILER

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|
| AUTO INVENTORY PHYSICAL DAMAGE (PART 300) | | 01,03,05, 12,13, 17 | ALL | SEE BELOW | 51,000,000 |
| REPAIRS:  75% LABOR - YOUR AUTOS 75% PARTS - YOUR AUTOS 75% LABOR - CUSTOMER AUTOS 75% PARTS - CUSTOMER AUTOS | | | EXTENDED THEFT | 100,000 |

ENDORSEMENTS APPLICABLE:
  0001 LOSS PAYABLE PROVISIONS
  0003 FLOOR PLAN AUTOS EXCLUDED
  0185 RETAIL CHARGES DEFINED
  0216 EXTENSION OF CREDIT
     EXCLUSION DELETED
  0528 SPECIAL CANCELLATION PROVISION
  0650 DAILY RENTAL COVERAGE AMENDED
  0668 LENDER'S LOSS PAYABLE
    ********************************
    VEHICLE USE AGREEMENTS:
    WALTER GATLING
    NANCY MAZZA
    LISA POLMON
    RUFUS GIBBS
    JESSICA RITCHIE
    NICOLE GREYTAK
    ROBERT MORLEY JR.

188025B                                          PAGE 1-H

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

```
                                                      0009455 00
                                                      0009455 00
```

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE      MAY 17, 2000

ITEM 3
COVERAGES, PROPERTY INSURED, AND          INSUREDS  LOCA-    PERILS      OUR
SPECIAL PROVISIONS APPLICABLE TO                    TIONS    INSURED     LIMITS
EACH COVERAGE PART:


AUTO INVENTORY PHYSICAL DAMAGE
  (PART 300)

| PERILS AND DEDUCTIBLES SCHEDULE: | OTHER INSUREDS | --COMPREHENSIVE-- SPECIFIED PERILS | UNNAMED PERILS | COLLISION | EXTENDED THEFT |
|---|---|---|---|---|---|
| NEW PRIVATE PASSENGER | A,B,E,N | 2500/5000 | 2500/5000 | 2500 | 2500 |
| NEW TRUCKS | A,B,E,H | 2500/5000 | 2500/5000 | 2500 | 2500 |
| USED PRIVATE PASSENGER | A,B,E | 2500/5000 | 2500/5000 | 2500 | 2500 |
| USED TRUCKS | A,B,E | 2500/5000 | 2500/5000 | 2500 | 2500 |
| FARM TRACTORS - IMPLEMENT | | NO COVER | NO COVER | NO COVER | NO COVER |
| DEMONSTRATOR-COMPANY AUTO | A,F,H | 2500/5000 | 2500/5000 | 2500 | 2500 |
| SERVICE AUTOS | A,C,F | 2500/5000 | 2500/5000 | 2500 | 2500 |
| CUSTOMER'S AUTOS | | 2500/5000 | 2500/5000 | 2500 | 2500 |
| 0008 CUSTOMER'S AUTOS- LEGAL LIABILITY | | | | | |
| DRIVE OTHER AUTOS | AA,CC, LL,OO, PP,QQ | NO DEDUCT | NO DEDUCT | 50 | NO COVER |

   0011 DRIVE OTHER AUTOS


PROPERTY (PART 330)            COINS%
PERILS AND DEDUCTIBLES

| BUILDING | | NONE | 07,A,B | 01 | SEE | 1,717,788 |
|---|---|---|---|---|---|---|
| FIRE | 1000 | | | | SCHEDULE | |
| WIND-HAIL | 1000 | | | | | |
| V&MM | 1000 | | | | | |
| OTHER SPEC PERILS | 1000 | | | | | |
| THEFT-BURGLARY | 250 | | | | | |
| UNNAMED PERILS | 1000 | | | | | |
| BREAKDOWN | 1000 | | | | | |
| EARTHQUAKE | NO COVER | | | | | |
| SPRK LEAKAGE | NO COVER | | | | | |

   0012 MORTGAGE CLAUSE
   0017 GLASS EXCLUDED
   0077 VALUE PROTECTION
   0241 EXCLUSION OF YEAR 2000 AND OTHER
        DATE RELATED LOSSES

188025B                                              PAGE 1-I

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE      MAY 17, 2000

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|---|

PROPERTY (PART 330)              COINS%
PERILS AND DEDUCTIBLES

| BUILDING | | NONE | 07,A,B | 02 | SEE | 202,561 |
|---|---|---|---|---|---|---|
| FIRE | 1000 | | | | SCHEDULE | |
| WIND-HAIL | 1000 | | | | | |
| V&MM | 1000 | | | | | |
| OTHER SPEC PERILS | 1000 | | | | | |
| THEFT-BURGLARY | 250 | | | | | |
| UNNAMED PERILS | 1000 | | | | | |
| BREAKDOWN | 1000 | | | | | |
| EARTHQUAKE | NO COVER | | | | | |
| SPRK LEAKAGE | NO COVER | | | | | |

0012 MORTGAGE CLAUSE
0017 GLASS EXCLUDED
0077 VALUE PROTECTION
0241 EXCLUSION OF YEAR 2000 AND OTHER
     DATE RELATED LOSSES

| BUILDING | | NONE | 07,A,B | 03 | SEE | 872,763 |
|---|---|---|---|---|---|---|
| FIRE | 1000 | | | | SCHEDULE | |
| WIND-HAIL | 1000 | | | | | |
| V&MM | 1000 | | | | | |
| OTHER SPEC PERILS | 1000 | | | | | |
| THEFT-BURGLARY | 250 | | | | | |
| UNNAMED PERILS | 1000 | | | | | |
| BREAKDOWN | 1000 | | | | | |
| EARTHQUAKE | NO COVER | | | | | |
| SPRK LEAKAGE | NO COVER | | | | | |

0012 MORTGAGE CLAUSE
0017 GLASS EXCLUDED
0077 VALUE PROTECTION
0241 EXCLUSION OF YEAR 2000 AND OTHER
     DATE RELATED LOSSES

188025B                                           PAGE 1-J

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE       MAY 17, 2000

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|---|
| PROPERTY (PART 330) PERILS AND DEDUCTIBLES | COINS% | | | | |
| BUILDING | | NONE | 06,A,B   13 | SEE | 762,130 |
| FIRE | 1000 | | | SCHEDULE | |
| WIND-HAIL | 1000 | | | | |
| V&MM | 1000 | | | | |
| OTHER SPEC PERILS | 1000 | | | | |
| THEFT-BURGLARY | 250 | | | | |
| UNNAMED PERILS | 1000 | | | | |
| BREAKDOWN | 1000 | | | | |
| EARTHQUAKE | NO COVER | | | | |
| SPRK LEAKAGE | NO COVER | | | | |

    0012 MORTGAGE CLAUSE
    0017 GLASS EXCLUDED
    0077 VALUE PROTECTION
    0241 EXCLUSION OF YEAR 2000 AND OTHER
         DATE RELATED LOSSES

| BUILDING | | 90% | 09,I   14 | SEE | 91,266 |
|---|---|---|---|---|---|
| FIRE | 1000 | | | SCHEDULE | |
| WIND-HAIL | 1000 | | | | |
| V&MM | 1000 | | | | |
| OTHER SPEC PERILS | 1000 | | | | |
| THEFT-BURGLARY | 250 | | | | |
| UNNAMED PERILS | 1000 | | | | |
| BREAKDOWN | 1000 | | | | |
| EARTHQUAKE | NO COVER | | | | |
| SPRK LEAKAGE | NO COVER | | | | |

    0012 MORTGAGE CLAUSE
    0017 GLASS EXCLUDED
    0050 CONTINGENT LIABILITY EXCLUDED
    0241 EXCLUSION OF YEAR 2000 AND OTHER
         DATE RELATED LOSSES

188025B                                        PAGE 1-K

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
### 7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
### (A STOCK INSURANCE COMPANY)

```
                                                    0009455 00
                                                    0009455 00
```

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE        MAY 17, 2000


ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|---|

```
PROPERTY (PART 330)             COINS%
PERILS AND DEDUCTIBLES

BUILDING                        NONE   06,A,B   15    SEE          79,828
   FIRE                 1000                           SCHEDULE
   WIND-HAIL            1000
   V&MM                 1000
   OTHER SPEC PERILS    1000
   THEFT-BURGLARY        250
   UNNAMED PERILS       1000
   BREAKDOWN            1000
   EARTHQUAKE       NO COVER
   SPRK LEAKAGE     NO COVER

   0012 MORTGAGE CLAUSE
   0017 GLASS EXCLUDED
   0077 VALUE PROTECTION
   0241 EXCLUSION OF YEAR 2000 AND OTHER
        DATE RELATED LOSSES

BUILDING                        NONE   06,A,B   16    SEE         720,104
   FIRE                 1000                           SCHEDULE
   WIND-HAIL            1000
   V&MM                 1000
   OTHER SPEC PERILS    1000
   THEFT-BURGLARY        250
   UNNAMED PERILS       1000
   BREAKDOWN            1000
   EARTHQUAKE       NO COVER
   SPRK LEAKAGE     NO COVER

   0012 MORTGAGE CLAUSE
   0017 GLASS EXCLUDED
   0077 VALUE PROTECTION
   0241 EXCLUSION OF YEAR 2000 AND OTHER
        DATE RELATED LOSSES
```

188025B                                              PAGE 1-L

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
### 7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
### (A STOCK INSURANCE COMPANY)

```
                                              0009455 00
                                              0009455 00
```

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE      MAY 17, 2000


ITEM 3
COVERAGES, PROPERTY INSURED, AND        INSUREDS  LOCA-   PERILS      OUR
SPECIAL PROVISIONS APPLICABLE TO                  TIONS   INSURED     LIMITS
EACH COVERAGE PART:


PROPERTY (PART 330)              COINS%
PERILS AND DEDUCTIBLES

```
BUILDING                       90%    09,G     17    SEE        3,700
   FIRE                 1000                          SCHEDULE
   WIND-HAIL            1000
   V&MM                 1000
   OTHER SPEC PERILS    1000
   THEFT-BURGLARY        250
   UNNAMED PERILS       1000
   BREAKDOWN            1000
   EARTHQUAKE        NO COVER
   SPRK LEAKAGE      NO COVER

   0012 MORTGAGE CLAUSE
   0017 GLASS EXCLUDED
   0241 EXCLUSION OF YEAR 2000 AND OTHER
        DATE RELATED LOSSES

BUILDING                       90%    14,A,B   21    SEE       838,376
   FIRE                 1000                          SCHEDULE
   WIND-HAIL            1000
   V&MM                 1000
   OTHER SPEC PERILS    1000
   THEFT-BURGLARY        250
   UNNAMED PERILS       1000
   BREAKDOWN            1000
   EARTHQUAKE        NO COVER
   SPRK LEAKAGE      NO COVER

   0012 MORTGAGE CLAUSE
   0016 REPLACEMENT COST BUILDING
   0017 GLASS EXCLUDED
   0241 EXCLUSION OF YEAR 2000 AND OTHER
        DATE RELATED LOSSES
```

188025B                                        PAGE 1-M

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE     MAY 17, 2000

ITEM 3
COVERAGES, PROPERTY INSURED, AND
SPECIAL PROVISIONS APPLICABLE TO
EACH COVERAGE PART:

| | | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|---|

PROPERTY (PART 330)          COINS%
PERILS AND DEDUCTIBLES

| | | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|---|
| BUILDING | | 90% 14 | 22 | SEE SCHEDULE | 61,269 |
| FIRE | 1000 | | | | |
| WIND-HAIL | 1000 | | | | |
| V&MM | 1000 | | | | |
| OTHER SPEC PERILS | 1000 | | | | |
| THEFT-BURGLARY | 250 | | | | |
| UNNAMED PERILS | 1000 | | | | |
| BREAKDOWN | 1000 | | | | |
| EARTHQUAKE | NO COVER | | | | |
| SPRK LEAKAGE | NO COVER | | | | |

0016 REPLACEMENT COST BUILDING
0017 GLASS EXCLUDED
0241 EXCLUSION OF YEAR 2000 AND OTHER
     DATE RELATED LOSSES

| | | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|---|
| BUILDING | | 90% 16 | 34 | SEE SCHEDULE | 350,000 |
| FIRE | 1000 | | | | |
| WIND-HAIL | 1000 | | | | |
| V&MM | 1000 | | | | |
| OTHER SPEC PERILS | 1000 | | | | |
| THEFT-BURGLARY | 250 | | | | |
| UNNAMED PERILS | 1000 | | | | |
| BREAKDOWN | 1000 | | | | |
| EARTHQUAKE | NO COVER | | | | |
| SPRK LEAKAGE | NO COVER | | | | |

0016 REPLACEMENT COST BUILDING
0241 EXCLUSION OF YEAR 2000 AND OTHER
     DATE RELATED LOSSES

| | | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|---|
| BUILDING | | 90% 09,G | 35 | SEE SCHEDULE | 22,880 |
| FIRE | 1000 | | | | |
| WIND-HAIL | 1000 | | | | |
| V&MM | 1000 | | | | |
| OTHER SPEC PERILS | 1000 | | | | |
| THEFT-BURGLARY | 250 | | | | |
| UNNAMED PERILS | 1000 | | | | |
| BREAKDOWN | 1000 | | | | |
| EARTHQUAKE | NO COVER | | | | |
| SPRK LEAKAGE | NO COVER | | | | |

188025B

PAGE 1-N

## UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

```
                                            0009455 00
                                            0009455 00
```

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE      MAY 17, 2000


ITEM 3
COVERAGES, PROPERTY INSURED, AND         INSUREDS   LOCA-    PERILS      OUR
SPECIAL PROVISIONS APPLICABLE TO                    TIONS    INSURED     LIMITS
EACH COVERAGE PART:


PROPERTY (PART 330)              COINS%
PERILS AND DEDUCTIBLES

   0012 MORTGAGE CLAUSE
   0017 GLASS EXCLUDED
   0241 EXCLUSION OF YEAR 2000 AND OTHER
        DATE RELATED LOSSES

BUILDING                   80%    11,P      37     SEE        25,000
   FIRE              1000                          SCHEDULE
   WIND-HAIL         1000
   V&MM              1000
   OTHER SPEC PERILS 1000
   THEFT-BURGLARY     250
   UNNAMED PERILS    1000
   BREAKDOWN         1000
   EARTHQUAKE        NO COVER
   SPRK LEAKAGE      NO COVER

   0012 MORTGAGE CLAUSE
   0017 GLASS EXCLUDED
   0241 EXCLUSION OF YEAR 2000 AND OTHER
        DATE RELATED LOSSES

FIRE LIABILITY           NONE     04        07     SEE       144,658
   FIRE           NO DEDUCT                        SCHEDULE

   0020 FIRE LIABILITY
   0241 EXCLUSION OF YEAR 2000 AND OTHER
        DATE RELATED LOSSES

FIRE LIABILITY           NONE     04        08     SEE        66,526
   FIRE           NO DEDUCT                        SCHEDULE

   0020 FIRE LIABILITY
   0241 EXCLUSION OF YEAR 2000 AND OTHER
        DATE RELATED LOSSES

188025B                                            PAGE 1-O
```

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE        MAY 17, 2000

ITEM 3
COVERAGES, PROPERTY INSURED, AND

| | | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|---|
| SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | | | | | |

PROPERTY (PART 330)              COINS%
PERILS AND DEDUCTIBLES

| | | | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|---|---|
| FIRE LIABILITY | | NONE | 04 | 09 | SEE SCHEDULE | 403,662 |
| FIRE | NO DEDUCT | | | | | |

   0020 FIRE LIABILITY
   0241 EXCLUSION OF YEAR 2000 AND OTHER
        DATE RELATED LOSSES

| FIRE LIABILITY | | NONE | 04 | 10 | SEE SCHEDULE | 441,714 |
|---|---|---|---|---|---|---|
| FIRE | NO DEDUCT | | | | | |

   0020 FIRE LIABILITY
   0241 EXCLUSION OF YEAR 2000 AND OTHER
        DATE RELATED LOSSES

| FIRE LIABILITY | | NONE | 04 | 11 | SEE SCHEDULE | 120,153 |
|---|---|---|---|---|---|---|
| FIRE | NO DEDUCT | | | | | |

   0020 FIRE LIABILITY
   0241 EXCLUSION OF YEAR 2000 AND OTHER
        DATE RELATED LOSSES

| FIRE LIABILITY | | NONE | 04 | 12 | SEE SCHEDULE | 387,928 |
|---|---|---|---|---|---|---|
| FIRE | NO DEDUCT | | | | | |

   0020 FIRE LIABILITY
   0241 EXCLUSION OF YEAR 2000 AND OTHER
        DATE RELATED LOSSES

| FIRE LIABILITY | | NONE | 11 | 30 | SEE SCHEDULE | 100,000 |
|---|---|---|---|---|---|---|
| FIRE | NO DEDUCT | | | | | |

   0020 FIRE LIABILITY
   0241 EXCLUSION OF YEAR 2000 AND OTHER
        DATE RELATED LOSSES

188025B                                      PAGE 1-P

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE        MAY 17, 2000

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|---|

PROPERTY (PART 330)            COINS%
PERILS AND DEDUCTIBLES

| STOCK | | RPTD | 01,03,05, | 01,02, | SEE | 1,205,000 |
|---|---|---|---|---|---|---|
| FIRE | 1000 | | K,O,Q | 12,34 | SCHEDULE | |
| WIND-HAIL | 1000 | | | | | |
| V&MM | 1000 | | | | | |
| OTHER SPEC PERILS | 1000 | | | | | |
| THEFT-BURGLARY | 250 | | | | | |
| UNNAMED PERILS | 1000 | | | | | |
| BREAKDOWN | 1000 | | | | | |
| EARTHQUAKE | NO COVER | | | | | |
| SPRK LEAKAGE | NO COVER | | | | | |

0012 MORTGAGE CLAUSE
0061 BLANKET LIMITS
0241 EXCLUSION OF YEAR 2000 AND OTHER
     DATE RELATED LOSSES

| STOCK | | RPTD | 03,O,Q | 03 | SEE | 677,000 |
|---|---|---|---|---|---|---|
| FIRE | 1000 | | | | SCHEDULE | |
| WIND-HAIL | 1000 | | | | | |
| V&MM | 1000 | | | | | |
| OTHER SPEC PERILS | 1000 | | | | | |
| THEFT-BURGLARY | 250 | | | | | |
| UNNAMED PERILS | 1000 | | | | | |
| BREAKDOWN | 1000 | | | | | |
| EARTHQUAKE | NO COVER | | | | | |
| SPRK LEAKAGE | NO COVER | | | | | |

0012 MORTGAGE CLAUSE
0241 EXCLUSION OF YEAR 2000 AND OTHER
     DATE RELATED LOSSES

| STOCK | | RPTD | 03 | 07,08, | SEE | 3,535,000 |
|---|---|---|---|---|---|---|
| FIRE | 1000 | | | 09,10, | SCHEDULE | |
| WIND-HAIL | 1000 | | | 11 | | |
| V&MM | 1000 | | | | | |
| OTHER SPEC PERILS | 1000 | | | | | |
| THEFT-BURGLARY | 250 | | | | | |
| UNNAMED PERILS | 1000 | | | | | |
| BREAKDOWN | 1000 | | | | | |
| EARTHQUAKE | NO COVER | | | | | |
| SPRK LEAKAGE | NO COVER | | | | | |

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE     MAY 17, 2000

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|

PROPERTY (PART 330)              COINS%
PERILS AND DEDUCTIBLES

  0061 BLANKET LIMITS
  0241 EXCLUSION OF YEAR 2000 AND OTHER
     DATE RELATED LOSSES

| STOCK | | RPTD | 05,O,Q | 13,14, | SEE | 376,000 |
|---|---|---|---|---|---|---|
|   FIRE | 1000 | | | 15,16, | SCHEDULE | |
|   WIND-HAIL | 1000 | | | 17 | | |
|   V&MM | 1000 | | | | | |
|   OTHER SPEC PERILS | 1000 | | | | | |
|   THEFT-BURGLARY | 250 | | | | | |
|   UNNAMED PERILS | 1000 | | | | | |
|   BREAKDOWN | 1000 | | | | | |
|   EARTHQUAKE | NO COVER | | | | | |
|   SPRK LEAKAGE | NO COVER | | | | | |

  0012 MORTGAGE CLAUSE
  0061 BLANKET LIMITS
  0241 EXCLUSION OF YEAR 2000 AND OTHER
     DATE RELATED LOSSES

| STOCK | | RPTD | 13 | 21 | SEE | 226,000 |
|---|---|---|---|---|---|---|
|   FIRE | 1000 | | | | SCHEDULE | |
|   WIND-HAIL | 1000 | | | | | |
|   V&MM | 1000 | | | | | |
|   OTHER SPEC PERILS | 1000 | | | | | |
|   THEFT-BURGLARY | 250 | | | | | |
|   UNNAMED PERILS | 1000 | | | | | |
|   BREAKDOWN | 1000 | | | | | |
|   EARTHQUAKE | NO COVER | | | | | |
|   SPRK LEAKAGE | NO COVER | | | | | |

  0241 EXCLUSION OF YEAR 2000 AND OTHER
     DATE RELATED LOSSES

188025B                                          PAGE 1-R

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

```
                                                      0009455 00
                                                      0009455 00
```

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE       MAY 17, 2000


ITEM 3
COVERAGES, PROPERTY INSURED, AND          INSUREDS  LOCA-   PERILS      OUR
SPECIAL PROVISIONS APPLICABLE TO                    TIONS   INSURED    LIMITS
EACH COVERAGE PART:


PROPERTY (PART 330)              COINS%
PERILS AND DEDUCTIBLES

```
STOCK                       RPTD   11        30,31  SEE      1,053,000
    FIRE              1000                           SCHEDULE
    WIND-HAIL         1000
    V&MM              1000
    OTHER SPEC PERILS 1000
    THEFT-BURGLARY     250
    UNNAMED PERILS    1000
    BREAKDOWN         1000
    EARTHQUAKE      NO COVER
    SPRK LEAKAGE    NO COVER


    0061 BLANKET LIMITS
    0241 EXCLUSION OF YEAR 2000 AND OTHER
         DATE RELATED LOSSES

EQUIPMENT                   NONE   01,03,05, 01,02, SEE      1,644,337
    FIRE              1000         J,K,O,Q,R 07,08, SCHEDULE
    WIND-HAIL         1000         S,T,U,X   09,10,
    V&MM              1000                   11,12,
    OTHER SPEC PERILS 1000                   34
    THEFT-BURGLARY     250
    UNNAMED PERILS    1000
    BREAKDOWN         1000
    EARTHQUAKE      NO COVER
    SPRK LEAKAGE    NO COVER


    0012 MORTGAGE CLAUSE
    0061 BLANKET LIMITS
    0078 REPLACEMENT COST EQUIPMENT
    0241 EXCLUSION OF YEAR 2000 AND OTHER
         DATE RELATED LOSSES
         ****************************
         THE FOLLOWING SECURITY
         INTERESTS APPLY TO LOC.
         01: J,R,S,U,W, & X
         ****************************
         SECURITY INTEREST T
         ONLY APPLIES TO LOC.
         01 & 02
```

188025B                                              PAGE 1-S

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE      MAY 17, 2000

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|---|

PROPERTY (PART 330)              COINS%
PERILS AND DEDUCTIBLES

```
EQUIPMENT                     NONE    03,O,Q    03    SEE        810,304
   FIRE             1000                             SCHEDULE
   WIND-HAIL        1000
   V&MM             1000
   OTHER SPEC PERILS 1000
   THEFT-BURGLARY    250
   UNNAMED PERILS   1000
   BREAKDOWN        1000
   EARTHQUAKE     NO COVER
   SPRK LEAKAGE   NO COVER

   0012 MORTGAGE CLAUSE
   0078 REPLACEMENT COST EQUIPMENT
   0241 EXCLUSION OF YEAR 2000 AND OTHER
        DATE RELATED LOSSES

EQUIPMENT                     NONE    05,D,F,O, 13,14, SEE      701,656
   FIRE             1000             Q         15,16  SCHEDULE
   WIND-HAIL        1000
   V&MM             1000
   OTHER SPEC PERILS 1000
   THEFT-BURGLARY    250
   UNNAMED PERILS   1000
   BREAKDOWN        1000
   EARTHQUAKE     NO COVER
   SPRK LEAKAGE   NO COVER

   0012 MORTGAGE CLAUSE
   0061 BLANKET LIMITS
   0078 REPLACEMENT COST EQUIPMENT
   0241 EXCLUSION OF YEAR 2000 AND OTHER
        DATE RELATED LOSSES
   ****************************
   SECURITY INTEREST F ONLY
   APPLIES TO LOC. 13
```

188025B

PAGE 1-T

## UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE        MAY 17, 2000

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|---|

PROPERTY (PART 330)            COINS%
PERILS AND DEDUCTIBLES

| EQUIPMENT | | NONE | 13 | 21,35 | SEE | 100,000 |
|---|---|---|---|---|---|---|
| FIRE | 1000 | | | | SCHEDULE | |
| WIND-HAIL | 1000 | | | | | |
| V&MM | 1000 | | | | | |
| OTHER SPEC PERILS | 1000 | | | | | |
| THEFT-BURGLARY | 250 | | | | | |
| UNNAMED PERILS | 1000 | | | | | |
| BREAKDOWN | 1000 | | | | | |
| EARTHQUAKE | NO COVER | | | | | |
| SPRK LEAKAGE | NO COVER | | | | | |

0061 BLANKET LIMITS
0078 REPLACEMENT COST EQUIPMENT
0241 EXCLUSION OF YEAR 2000 AND OTHER
     DATE RELATED LOSSES

| EQUIPMENT | | NONE | 11 | 30 | SEE | 110,497 |
|---|---|---|---|---|---|---|
| FIRE | 1000 | | | | SCHEDULE | |
| WIND-HAIL | 1000 | | | | | |
| V&MM | 1000 | | | | | |
| OTHER SPEC PERILS | 1000 | | | | | |
| THEFT-BURGLARY | 250 | | | | | |
| UNNAMED PERILS | 1000 | | | | | |
| BREAKDOWN | 1000 | | | | | |
| EARTHQUAKE | NO COVER | | | | | |
| SPRK LEAKAGE | NO COVER | | | | | |

0078 REPLACEMENT COST EQUIPMENT
0241 EXCLUSION OF YEAR 2000 AND OTHER
     DATE RELATED LOSSES

OTHER INSURED - PROPERTY                                        50,000

188025B                                                 PAGE 1-U

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE      MAY 17, 2000

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|---|
| PROPERTY (PART 330) PERILS AND DEDUCTIBLES | COINS% | | | | |
| EMPLOYEE TOOLS | 90% | 03 | 01 | SEE SCHEDULE | 500,000 |
| FIRE | 1000 | | | | |
| WIND-HAIL | 1000 | | | | |
| V&MM | 1000 | | | | |
| OTHER SPEC PERILS | 1000 | | | | |
| THEFT-BURGLARY | 250 | | | | |
| UNNAMED PERILS | 1000 | | | | |
| BREAKDOWN | 1000 | | | | |
| EARTHQUAKE | NO COVER | | | | |
| SPRK LEAKAGE | NO COVER | | | | |

0241 EXCLUSION OF YEAR 2000 AND OTHER
     DATE RELATED LOSSES

| | | | | | |
|---|---|---|---|---|---|
| EMPLOYEE TOOLS | 90% | 03 | 02 | SEE SCHEDULE | 60,000 |
| FIRE | 1000 | | | | |
| WIND-HAIL | 1000 | | | | |
| V&MM | 1000 | | | | |
| OTHER SPEC PERILS | 1000 | | | | |
| THEFT-BURGLARY | 250 | | | | |
| UNNAMED PERILS | 1000 | | | | |
| BREAKDOWN | 1000 | | | | |
| EARTHQUAKE | NO COVER | | | | |
| SPRK LEAKAGE | NO COVER | | | | |

0241 EXCLUSION OF YEAR 2000 AND OTHER
     DATE RELATED LOSSES

| | | | | | |
|---|---|---|---|---|---|
| EMPLOYEE TOOLS | 90% | 03 | 03 | SEE SCHEDULE | 300,000 |
| FIRE | 1000 | | | | |
| WIND-HAIL | 1000 | | | | |
| V&MM | 1000 | | | | |
| OTHER SPEC PERILS | 1000 | | | | |
| THEFT-BURGLARY | 250 | | | | |
| UNNAMED PERILS | 1000 | | | | |
| BREAKDOWN | 1000 | | | | |
| EARTHQUAKE | NO COVER | | | | |
| SPRK LEAKAGE | NO COVER | | | | |

0241 EXCLUSION OF YEAR 2000 AND OTHER
     DATE RELATED LOSSES

188025B

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE        MAY 17, 2000

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|---|

PROPERTY (PART 330)                COINS%
PERILS AND DEDUCTIBLES

| EMPLOYEE TOOLS | | 90% | 04 | 07 | SEE | 60,000 |
|---|---|---|---|---|---|---|
| FIRE | 1000 | | | | SCHEDULE | |
| WIND-HAIL | 1000 | | | | | |
| V&MM | 1000 | | | | | |
| OTHER SPEC PERILS | 1000 | | | | | |
| THEFT-BURGLARY | 250 | | | | | |
| UNNAMED PERILS | 1000 | | | | | |
| BREAKDOWN | 1000 | | | | | |
| EARTHQUAKE | NO COVER | | | | | |
| SPRK LEAKAGE | NO COVER | | | | | |

0241 EXCLUSION OF YEAR 2000 AND OTHER
     DATE RELATED LOSSES

| EMPLOYEE TOOLS | | 90% | 03,04 | 10,11 | SEE | 280,000 |
|---|---|---|---|---|---|---|
| FIRE | 1000 | | | | SCHEDULE | |
| WIND-HAIL | 1000 | | | | | |
| V&MM | 1000 | | | | | |
| OTHER SPEC PERILS | 1000 | | | | | |
| THEFT-BURGLARY | 250 | | | | | |
| UNNAMED PERILS | 1000 | | | | | |
| BREAKDOWN | 1000 | | | | | |
| EARTHQUAKE | NO COVER | | | | | |
| SPRK LEAKAGE | NO COVER | | | | | |

0061 BLANKET LIMITS
0241 EXCLUSION OF YEAR 2000 AND OTHER
     DATE RELATED LOSSES

| EMPLOYEE TOOLS | | 90% | 03 | 12 | SEE | 220,000 |
|---|---|---|---|---|---|---|
| FIRE | 1000 | | | | SCHEDULE | |
| WIND-HAIL | 1000 | | | | | |
| V&MM | 1000 | | | | | |
| OTHER SPEC PERILS | 1000 | | | | | |
| THEFT-BURGLARY | 250 | | | | | |
| UNNAMED PERILS | 1000 | | | | | |
| BREAKDOWN | 1000 | | | | | |
| EARTHQUAKE | NO COVER | | | | | |
| SPRK LEAKAGE | NO COVER | | | | | |

0241 EXCLUSION OF YEAR 2000 AND OTHER

188025B                                                    PAGE 1-W

## UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE        MAY 17, 2000

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|---|

PROPERTY (PART 330)              COINS%
PERILS AND DEDUCTIBLES
         DATE RELATED LOSSES

| EMPLOYEE TOOLS | | 90% | 05 | 13 | SEE SCHEDULE | 320,000 |
| FIRE | 1000 | | | | |
| WIND-HAIL | 1000 | | | | |
| V&MM | 1000 | | | | |
| OTHER SPEC PERILS | 1000 | | | | |
| THEFT-BURGLARY | 250 | | | | |
| UNNAMED PERILS | 1000 | | | | |
| BREAKDOWN | 1000 | | | | |
| EARTHQUAKE | NO COVER | | | | |
| SPRK LEAKAGE | NO COVER | | | | |

   0241 EXCLUSION OF YEAR 2000 AND OTHER
        DATE RELATED LOSSES

| EMPLOYEE TOOLS | | 90% | 05 | 15 | SEE SCHEDULE | 60,000 |
| FIRE | 1000 | | | | |
| WIND-HAIL | 1000 | | | | |
| V&MM | 1000 | | | | |
| OTHER SPEC PERILS | 1000 | | | | |
| THEFT-BURGLARY | 250 | | | | |
| UNNAMED PERILS | 1000 | | | | |
| BREAKDOWN | 1000 | | | | |
| EARTHQUAKE | NO COVER | | | | |
| SPRK LEAKAGE | NO COVER | | | | |

   0241 EXCLUSION OF YEAR 2000 AND OTHER
        DATE RELATED LOSSES

| EMPLOYEE TOOLS | | 90% | 05 | 16 | SEE SCHEDULE | 160,000 |
| FIRE | 1000 | | | | |
| WIND-HAIL | 1000 | | | | |
| V&MM | 1000 | | | | |
| OTHER SPEC PERILS | 1000 | | | | |
| THEFT-BURGLARY | 250 | | | | |
| UNNAMED PERILS | 1000 | | | | |
| BREAKDOWN | 1000 | | | | |
| EARTHQUAKE | NO COVER | | | | |
| SPRK LEAKAGE | NO COVER | | | | |

   0241 EXCLUSION OF YEAR 2000 AND OTHER

188025B

PAGE 1-X

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE      MAY 17, 2000

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|---|
| PROPERTY (PART 330) PERILS AND DEDUCTIBLES DATE RELATED LOSSES | COINS% | | | | |
| EMPLOYEE TOOLS | 90% | 13 | 21 | SEE SCHEDULE | 200,000 |
|   FIRE | 1000 | | | | |
|   WIND-HAIL | 1000 | | | | |
|   V&MM | 1000 | | | | |
|   OTHER SPEC PERILS | 1000 | | | | |
|   THEFT-BURGLARY | 250 | | | | |
|   UNNAMED PERILS | 1000 | | | | |
|   BREAKDOWN | 1000 | | | | |
|   EARTHQUAKE | NO COVER | | | | |
|   SPRK LEAKAGE | NO COVER | | | | |

  0241 EXCLUSION OF YEAR 2000 AND OTHER
      DATE RELATED LOSSES

| ACCOUNTS RECEIVABLE | RPTD | 03 | 01 | MULTIPERIL | 2,208,000 |
|---|---|---|---|---|---|

  0023 ACCOUNTS RECEIVABLE
  0241 EXCLUSION OF YEAR 2000 AND OTHER
      DATE RELATED LOSSES
    *  CLASS C SAFE

| ACCOUNTS RECEIVABLE | RPTD | 03 | 03 | MULTIPERIL | 1,150,000 |
|---|---|---|---|---|---|

  0023 ACCOUNTS RECEIVABLE
  0241 EXCLUSION OF YEAR 2000 AND OTHER
      DATE RELATED LOSSES
    *  NO SAFE

| ACCOUNTS RECEIVABLE | RPTD | 05 | 13 | MULTIPERIL | 1,150,000 |
|---|---|---|---|---|---|

  0023 ACCOUNTS RECEIVABLE
  0241 EXCLUSION OF YEAR 2000 AND OTHER
      DATE RELATED LOSSES
 *  CLASS C SAFE

188025B

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE      MAY 17, 2000

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|---|
| PROPERTY (PART 330) PERILS AND DEDUCTIBLES | COINS% | | | | |
| ACCOUNTS RECEIVABLE | RPTD | 13 | 21 | MULTIPERIL | 92,000 |

   0023 ACCOUNTS RECEIVABLE
   0241 EXCLUSION OF YEAR 2000 AND OTHER
       DATE RELATED LOSSES
    * CLASS C SAFE

| BUSINESS INCOME CONTINUATION | | NONE | 03 | 01,02, SEE | 1,118,861 |
|---|---|---|---|---|---|
| FIRE | NO DEDUCT | | | 03,08, SCHEDULE | PER MONTH |
| WIND-HAIL | NO DEDUCT | | | 09,11, | FOR 6 MO |
| V&MM | NO DEDUCT | | | 12 | TOTAL OF |
| OTHER SPEC PERILS | NO DEDUCT | | | | 6,713,171 |
| THEFT-BURGLARY | NO DEDUCT | | | | |
| UNNAMED PERILS | NO DEDUCT | | | | |
| BREAKDOWN | NO DEDUCT | | | | |
| EARTHQUAKE | NO COVER | | | | |
| SPRK LEAKAGE | NO COVER | | | | |

   0080 BUSINESS INCOME CONTINUATION
   0186 BIC ADDENDUM
   0241 EXCLUSION OF YEAR 2000 AND OTHER
       DATE RELATED LOSSES

| BUSINESS INCOME CONTINUATION | | NONE | 05 | 13,14, SEE | 243,875 |
|---|---|---|---|---|---|
| FIRE | NO DEDUCT | | | 15,16 SCHEDULE | PER MONTH |
| WIND-HAIL | NO DEDUCT | | | | FOR 6 MO |
| V&MM | NO DEDUCT | | | | TOTAL OF |
| OTHER SPEC PERILS | NO DEDUCT | | | | 1,463,251 |
| THEFT-BURGLARY | NO DEDUCT | | | | |
| UNNAMED PERILS | NO DEDUCT | | | | |
| BREAKDOWN | NO DEDUCT | | | | |
| EARTHQUAKE | NO COVER | | | | |
| SPRK LEAKAGE | NO COVER | | | | |

   0080 BUSINESS INCOME CONTINUATION
   0186 BIC ADDENDUM
   0241 EXCLUSION OF YEAR 2000 AND OTHER
       DATE RELATED LOSSES

188025B

PAGE 1-Z

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE      MAY 17, 2000

ITEM 3

| COVERAGES, PROPERTY INSURED, AND<br>SPECIAL PROVISIONS APPLICABLE TO<br>EACH COVERAGE PART: | | INSUREDS | LOCA-<br>TIONS | PERILS<br>INSURED | OUR<br>LIMITS |
|---|---|---|---|---|---|

PROPERTY (PART 330)                COINS%
PERILS AND DEDUCTIBLES

| BUSINESS INCOME CONTINUATION | | NONE | 13 | 21 | SEE | 70,525 |
|---|---|---|---|---|---|---|
| FIRE | NO DEDUCT | | | | SCHEDULE | PER MONTH |
| WIND-HAIL | NO DEDUCT | | | | | FOR 6 MO |
| V&MM | NO DEDUCT | | | | | TOTAL OF |
| OTHER SPEC PERILS | NO DEDUCT | | | | | 423,150 |
| THEFT-BURGLARY | NO DEDUCT | | | | | |
| UNNAMED PERILS | NO DEDUCT | | | | | |
| BREAKDOWN | NO DEDUCT | | | | | |
| EARTHQUAKE | NO COVER | | | | | |
| SPRK LEAKAGE | NO COVER | | | | | |

  0080 BUSINESS INCOME CONTINUATION
  0186 BIC ADDENDUM
  0241 EXCLUSION OF YEAR 2000 AND OTHER
       DATE RELATED LOSSES

| RENTS OR RENTAL VALUE | | NONE | 07 | 01,02, | SEE | 630,384 |
|---|---|---|---|---|---|---|
| FIRE | NO DEDUCT | | | 03,05, | SCHEDULE | 1/12 |
| WIND-HAIL | NO DEDUCT | | | 06 | | PER MONTH |
| V&MM | NO DEDUCT | | | | | |
| OTHER SPEC PERILS | NO DEDUCT | | | | | |
| THEFT-BURGLARY | NO DEDUCT | | | | | |
| UNNAMED PERILS | NO DEDUCT | | | | | |
| BREAKDOWN | NO DEDUCT | | | | | |
| EARTHQUAKE | NO COVER | | | | | |
| SPRK LEAKAGE | NO COVER | | | | | |

  0025 RENTS OR RENTAL VALUE
       MONTHLY LIMITATION
  0061 BLANKET LIMITS
  0241 EXCLUSION OF YEAR 2000 AND OTHER
       DATE RELATED LOSSES

188025B                                      PAGE 1-AA

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

```
                                                    0009455 00
                                                    0009455 00
```

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE      MAY 17, 2000

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|---|

PROPERTY (PART 330)                COINS%
PERILS AND DEDUCTIBLES

| RENTS OR RENTAL VALUE | | NONE | 10 | 04 | SEE | 91,200 |
|---|---|---|---|---|---|---|
| FIRE | NO DEDUCT | | | | SCHEDULE | 1/12 |
| WIND-HAIL | NO DEDUCT | | | | | PER MONTH |
| V&MM | NO DEDUCT | | | | | |
| OTHER SPEC PERILS | NO DEDUCT | | | | | |
| THEFT-BURGLARY | NO DEDUCT | | | | | |
| UNNAMED PERILS | NO DEDUCT | | | | | |
| BREAKDOWN | NO DEDUCT | | | | | |
| EARTHQUAKE | NO COVER | | | | | |
| SPRK LEAKAGE | NO COVER | | | | | |

```
  0025 RENTS OR RENTAL VALUE
        MONTHLY LIMITATION
  0241 EXCLUSION OF YEAR 2000 AND OTHER
        DATE RELATED LOSSES
```

| RENTS OR RENTAL VALUE | | NONE | 06 | 13,14, | SEE | 420,000 |
|---|---|---|---|---|---|---|
| FIRE | NO DEDUCT | | | 15,16 | SCHEDULE | 1/12 |
| WIND-HAIL | NO DEDUCT | | | | | PER MONTH |
| V&MM | NO DEDUCT | | | | | |
| OTHER SPEC PERILS | NO DEDUCT | | | | | |
| THEFT-BURGLARY | NO DEDUCT | | | | | |
| UNNAMED PERILS | NO DEDUCT | | | | | |
| BREAKDOWN | NO DEDUCT | | | | | |
| EARTHQUAKE | NO COVER | | | | | |
| SPRK LEAKAGE | NO COVER | | | | | |

```
  0025 RENTS OR RENTAL VALUE
        MONTHLY LIMITATION
  0061 BLANKET LIMITS
  0241 EXCLUSION OF YEAR 2000 AND OTHER
        DATE RELATED LOSSES
```

188025B                                            PAGE 1-BB

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
### 7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
#### (A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE        MAY 17, 2000

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|---|

PROPERTY (PART 330)                COINS%
PERILS AND DEDUCTIBLES

| RENTS OR RENTAL VALUE | | NONE | 14 | 21 | SEE | 74,400 |
|---|---|---|---|---|---|---|
| FIRE | NO DEDUCT | | | | SCHEDULE | 1/12 |
| WIND-HAIL | NO DEDUCT | | | | | PER MONTH |
| V&MM | NO DEDUCT | | | | | |
| OTHER SPEC PERILS | NO DEDUCT | | | | | |
| THEFT-BURGLARY | NO DEDUCT | | | | | |
| UNNAMED PERILS | NO DEDUCT | | | | | |
| BREAKDOWN | NO DEDUCT | | | | | |
| EARTHQUAKE | NO COVER | | | | | |
| SPRK LEAKAGE | NO COVER | | | | | |

  0025 RENTS OR RENTAL VALUE
      MONTHLY LIMITATION
  0241 EXCLUSION OF YEAR 2000 AND OTHER
      DATE RELATED LOSSES

| RENTS OR RENTAL VALUE | | NONE | 14 | 22 | SEE | 13,200 |
|---|---|---|---|---|---|---|
| FIRE | NO DEDUCT | | | | SCHEDULE | 1/12 |
| WIND-HAIL | NO DEDUCT | | | | | PER MONTH |
| V&MM | NO DEDUCT | | | | | |
| OTHER SPEC PERILS | NO DEDUCT | | | | | |
| THEFT-BURGLARY | NO DEDUCT | | | | | |
| UNNAMED PERILS | NO DEDUCT | | | | | |
| BREAKDOWN | NO DEDUCT | | | | | |
| EARTHQUAKE | NO COVER | | | | | |
| SPRK LEAKAGE | NO COVER | | | | | |

  0025 RENTS OR RENTAL VALUE
      MONTHLY LIMITATION
  0241 EXCLUSION OF YEAR 2000 AND OTHER
      DATE RELATED LOSSES

| WATERCRAFT | | NONE | 03 | 01 | MULTIPERIL | 175,500 |
|---|---|---|---|---|---|---|
| DEDUCTIBLE | 500 | | | | | |

  0026 WATERCRAFT COVERED
  0241 EXCLUSION OF YEAR 2000 AND OTHER
      DATE RELATED LOSSES
      ************************
      * 1988 WELCRAFT SCARAB 2
      #WELP4212A888 - 50 MPH

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
### 7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
### (A STOCK INSURANCE COMPANY)

```
                                                          0009455 00
                                                          0009455 00
```

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE     MAY 17, 2000


ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|

```
PROPERTY (PART 330)           COINS%
PERILS AND DEDUCTIBLES
            330 HP ENGINE # 694341
            VALUE: $10,000
          * 1988 TRAILER SA4300 18
            #1LGE2K224J1005054
            VALUE: $1,500
          * 1992 CLASSIC AIR BOAT
            #PAP000865G292 - 16-30
            VALUE: $12,000
          * 1993 AMTL BOAT TRAILER
            4DJA18SJ1HA000422
            VALUE: $2,000
          * 1992 SKATER BOAT 32'
        DUX92427H292
        1600 HP  - 50 MPH
        VALUE: $140,000
      * 1992 DMC TRAILER
        VALUE:  $10,000
```

| WATERCRAFT | NONE | 02 | 03 | MULTIPERIL | 37,400 |
|---|---|---|---|---|---|
| DEDUCTIBLE | 500 | | | | |

```
   0026 WATERCRAFT COVERED
   0241 EXCLUSION OF YEAR 2000 AND OTHER
        DATE RELATED LOSSES
        ************************
      * 1998 21' CHAPARRAL 213
        #FGBU3585F898  50 MPH
        VALUE: $25,000
      * 1998 MERCRUISER 5.0 LI
        IN/OUTBOARD #0L091456
        VALUE:  $5,000
      * 1997 SHORELANDER TRAIL
        #1MDE30V24VA943505
        VALUE: $2,900
        * 1995 POLARCRAFT
          16FT ALUMINUM
          #PLR99225J495
          VALUE:  $4,000
        * 1984 HIGH TRAILER
          #1YR010262EY053850
          VALUE:  $500
```

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE        MAY 17, 2000

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|
| CRIME (PART 380) | | | | |
| EMPLOYEE DISHONESTY | 01,03,05, | ALL | CRIME | 500,000 |
| DEDUCTIBLE        $500 | 12,13,17 | | | |
| 0086 INCREASED LIMITS FOR WELFARE AND PENSION PLANS | | | | |
| 0511 WELFARE & PENSION BENEFIT PLAN | | | | |
| WELFARE AND PENSION PLAN LIMIT - 1,000,000 INCREASED LIMIT APPLIES TO WELFARE & PENSION | | | | |
| 0251 EXCLUSION YEAR 2000 AND OTHER DATE RELATED LOSSES | | | | |
| LOSS FROM WITHIN A BUILDING | 03,17 | 01 | CRIME | 50,000 |
| 0251 EXCLUSION YEAR 2000 AND OTHER DATE RELATED LOSSES | | | | |
| * CLASS C SAFE | | | | |
| LOSS FROM WITHIN A BUILDING | 03,17 | 03 | CRIME | 20,000 |
| 0251 EXCLUSION YEAR 2000 AND OTHER DATE RELATED LOSSES | | | | |
| * NO SAFE | | | | |
| LOSS FROM WITHIN A BUILDING | 05,17 | 13 | CRIME | 20,000 |
| 0251 EXCLUSION YEAR 2000 AND OTHER DATE RELATED LOSSES | | | | |
| * CLASS C SAFE | | | | |
| LOSS FROM WITHIN A BUILDING | 13,17 | 21 | CRIME | 20,000 |
| 0251 EXCLUSION YEAR 2000 AND OTHER DATE RELATED LOSSES | | | | |
| * CLASS C SAFE | | | | |
| LOSS FROM WITHIN A BUILDING | 16,17 | 34 | CRIME | 20,000 |
| 0251 EXCLUSION YEAR 2000 AND OTHER DATE RELATED LOSSES | | | | |
| * NO SAFE | | | | |

188025B                                                    PAGE 1-EE

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE      MAY 17, 2000

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|
| CRIME (PART 380) | | | | |
| LOSS OUTSIDE THE BUILDING | 01,03,05, 12,13,17 | ALL | CRIME | 100,000 |
|   0251 EXCLUSION YEAR 2000 AND OTHER DATE RELATED LOSSES | | | | |
| MONEY ORDERS AND COUNTERFEIT PAPER CURRENCY | 01,03,05, 12,13,17 | ALL | CRIME | 60,000 |
|   0251 EXCLUSION YEAR 2000 AND OTHER DATE RELATED LOSSES | | | | |
| DEPOSITOR'S FORGERY DEDUCTIBLE        $500 | 01,03,05, 12,13,17 | ALL | CRIME | 200,000 |
|   0251 EXCLUSION YEAR 2000 AND OTHER DATE RELATED LOSSES | | | | |
| GARAGE OPERATIONS AND AUTO HAZARD (PART 500) | 01,03,05, 08,11,12, 13,17 | ALL | SEE BELOW | 300,000 EA.OCCUR |

|  | DEDUCTIBLE |
|---|---|
| WORK/PRODUCTS | 1000 |
| PREMISES | 1000 |
| INJURY GROUP 5 | 1000 |
| INJURY GROUP 6 | 5% |
| CUSTOMER COMPLAINT DEFEN | 1000 |
| STATUTE & TITLE E&O | 1000 |
| EMPLOYEE RELATED DEFENSE | 1000 |

ENDORSEMENTS APPLICABLE:
  0162 WRONGFUL TERMINATION
  0250 EXCLUSION YEAR 2000 AND OTHER
      DATE-RELATED LOSSES
  0528 SPECIAL CANCELLATION PROVISION
  0532 OTHER INSURED
  0650 DAILY RENTAL COVERAGE AMENDED

188025B

PAGE 1-FF

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE      MAY 17, 2000

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|
| INJURY GROUP 1  (BODILY INJ/PROP DMG) | 01,03,05, 08,11,12, 13,17 | ALL | COVERED | INCLUDED |
| INJURY GROUP 2  (MENTAL INJURY) | 01,03,05, 08,11,12, 13,17 | ALL | COVERED | INCLUDED |
| INJURY GROUP 3  (PERSONAL INJURY) | 01,03,05, 08,11,12, 13,17 | ALL | COVERED | INCLUDED |
| INJURY GROUP 4  (ADVERTISING INJURY) | 01,03,05, 08,11,12, 13,17 | ALL | COVERED | INCLUDED |
| INJURY GROUP 5  (EMPLOYEE BENEFITS) | 01,03,05, 08,11,12, 13,17 | ALL | COVERED | INCLUDED |
| INJURY GROUP 6  (DISCRIMINATION) | 01,03,05, 08,11,12, 13,17 | ALL | COVERED | INCLUDED |

```
********************************
VEHICLE USE AGREEMENTS:
WALTER GATLING
NANCY MAZZA
LISA POLMON
RUFUS GIBBS
JESSICA RITCHIE
NICOLE GREYTAK
ROBERT MORLEY JR.
********************************
```

ENDORSEMENT 0250 APPLIES TO
INJURY GROUP 5

ADDITIONAL INSUREDS

188025B

PAGE 1-GG

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE     MAY 17, 2000

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|
| GARAGE OPERATIONS AND AUTO HAZARD (PART 500) | | | | |
| 0031 ADDITIONAL INSURED-FURNISHED AUTO | UU,WW | ALL | COVERED | INCLUDED |
| 0033 ADDITIONAL INSURED-PROPERTY | AA | 01,02,03 | COVERED | INCLUDED |
| 0033 ADDITIONAL INSURED-PROPERTY | GG | 01 | COVERED | INCLUDED |
| 0033 ADDITIONAL INSURED-PROPERTY | SS | 01 | COVERED | INCLUDED |
| 0033 ADDITIONAL INSURED-PROPERTY | ZZ | 01 | COVERED | INCLUDED |
| 0033 ADDITIONAL INSURED-PROPERTY | KK | 02,01,03,13,14,15,16 | COVERED | INCLUDED |
| 0033 ADDITIONAL INSURED-PROPERTY | BB | 03,13 | COVERED | INCLUDED |
| 0033 ADDITIONAL INSURED-PROPERTY | NN | 03,02 | COVERED | INCLUDED |
| 0033 ADDITIONAL INSURED-PROPERTY | EE | 04 | COVERED | INCLUDED |
| 0033 ADDITIONAL INSURED-PROPERTY | JJ | 07,08,09,10,11,12 | COVERED | INCLUDED |
| 0033 ADDITIONAL INSURED-PROPERTY | HH | 13,14,15,16 | COVERED | INCLUDED |
| 0033 ADDITIONAL INSURED-PROPERTY | RR | 13 | COVERED | INCLUDED |
| 0033 ADDITIONAL INSURED-PROPERTY | TT | 17 | COVERED | INCLUDED |
| 0033 ADDITIONAL INSURED-PROPERTY | VV | 21 | COVERED | INCLUDED |
| 0033 ADDITIONAL INSURED-PROPERTY | XX | 34 | COVERED | INCLUDED |
| 0033 ADDITIONAL INSURED-PROPERTY | II | 37 | COVERED | INCLUDED |
| DRIVE OTHER AUTOS 0034 DRIVE OTHER AUTOS | AA,CC,LL,OO,PP,QQ | ALL | COVERED | INCLUDED |
| MEDICAL PAYMENTS 0035 MEDICAL PAYMENTS 0036 LIMITED MEDICAL PAYMENTS | | 01,03,05,08,11,12,13,17 | ALL COVERED | 1,000 |
| NO-FAULT | | 01,03,05,08,11,12,13,17 | ALL SEE STATE AMEND-ATORY PART | |

PIP LIMIT - 15000/30000/10000

188025B                                                    PAGE 1-HH

## UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE      MAY 17, 2000

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|
| GARAGE OPERATIONS AND AUTO HAZARD (PART 500) | | | | |
| CUSTOMER COMPLAINT DEFENSE | 01,03,05, | ALL | COVERED | 25,000@ 300,000@ |
| | 08,11,12, 13,17 | | | |
| STATUTE AND TITLE E & O | 01,03,05, | ALL | COVERED | 300,000@ 300,000@ |
| | 08,11,12, 13,17 | | | |
| EMPLOYMENT RELATED DEFENSE | 01,03,05, | ALL | COVERED | 10,000@ 300,000@ |
| | 08,11,12, 13,17 | | | |

@ THE FIRST LIMIT IS PER SUIT, THE SECOND IS AN ANNUAL AGGREGATE.

UNINSURED MOTORISTS (PART 530)

UNINSURED MOTORISTS
  COVERED AUTOS INSURED BY
  COVERAGE PART NO. 500

| UNINSURED MOTORISTS | 01,03,05, 08,11,12, 13,17 | UM BI | 40,000 EA.OCCUR |
|---|---|---|---|
| | | UM PD | INCLUDED |
| UNDERINSURED MOTORISTS | | UI BI | INCLUDED |
| | | UI PD | INCLUDED |

ENDORSEMENTS APPLICABLE:
  0091 UNDERINSURED MOTORISTS
  *******************************
  $250 DEDUCTIBLE APPLIES

188025B                                                    PAGE 1-II

## UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

```
                                              0009455 00
                                              0009455 00
```

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE      MAY 17, 2000

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|
| UNINSURED MOTORISTS (PART 530) | | | | |
| UNINSURED MOTORISTS INDIVIDUALS DESIGNATED BELOW COVERAGE PART 500 COVERED AUTOS: | | | | |
| UNINSURED MOTORISTS | SEE BELOW | ALL | UM BI | 300,000 EA.OCCUR |
| | SEE BELOW | | UM PD | INCLUDED |
| UNDERINSURED MOTORISTS | | | UI BI | INCLUDED |
| | | | UI PD | INCLUDED |

ENDORSEMENTS APPLICABLE:
   0091 UNDERINSURED MOTORISTS
   0092 DESIGNATED INDIVIDUALS
   ********************************
   $250 DEDUCTIBLE APPLIES
   ********************************
   C. RONALD & BONNIE MILLER
   DAVID B. GREYTAK
   JAMES R. & MICHELLE CAPRON
   ROBERT L. & ROBIN DAVIS
   GAIL CHICKERSKY
   HOWARD & CHERYL REAMER

GENERAL LIABILITY (PART 950)

```
                          DEDUCTIBLE
INJURY GROUPS 1-4         1,000

   INJURY                 - - SEE SCHEDULE BELOW * -       300,000
      0162 WRONGFUL TERMINATION
      0250 EXCLUSION YEAR 2000 AND OTHER
           DATE-RELATED LOSSES
```

* SCHEDULE OF HAZARDS AND INJURY GROUPS INSURED:

| PREMISES HAZARD | 07 | 06 | GROUP 1 | COVERED |
|---|---|---|---|---|
| | | | GROUP 2 | NO COVER |
| | | | GROUP 3 | NO COVER |

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE      MAY 17, 2000

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|
| GENERAL LIABILITY (PART 950) | | | GROUP 4 | NO COVER |
| | | | GROUP 5 | NO COVER |
| | | | GROUP 6 | NO COVER |
| 46622A - BASIS 089 PARKING - PRIVATE | | | | |
| PREMISES HAZARD | 01,03,05, 13,17 | IF ANY | GROUP 1 | COVERED |
| | | | GROUP 2 | NO COVER |
| | | | GROUP 3 | NO COVER |
| | | | GROUP 4 | NO COVER |
| | | | GROUP 5 | NO COVER |
| | | | GROUP 6 | NO COVER |
| 61226A - BASIS 089 BUILDING OR PREMISES _ BANK OR OFFICE - NOC OTHER THAN NOT-FOR PROFIT | | | | |
| PREMISES HAZARD | 10 | 04 | GROUP 1 | COVERED |
| | | | GROUP 2 | NO COVER |
| | | | GROUP 3 | NO COVER |
| | | | GROUP 4 | NO COVER |
| | | | GROUP 5 | NO COVER |
| | | | GROUP 6 | NO COVER |
| 46622A - BASIS 089 PARKING - PRIVATE | | | | |
| PREMISES HAZARD | 06 | 19 | GROUP 1 | COVERED |
| | | | GROUP 2 | NO COVER |
| | | | GROUP 3 | NO COVER |
| | | | GROUP 4 | NO COVER |
| | | | GROUP 5 | NO COVER |
| | | | GROUP 6 | NO COVER |
| 49451A - BASIS 001 VACANT LAND - OTHER THAN NOT-FOR-PROFIT | | | | |
| PREMISES HAZARD | 14 | 23 | GROUP 1 | COVERED |
| | | | GROUP 2 | NO COVER |
| | | | GROUP 3 | NO COVER |
| | | | GROUP 4 | NO COVER |
| | | | GROUP 5 | NO COVER |
| | | | GROUP 6 | NO COVER |
| 13111A - BASIS 040 | | | | |

188025B                                                    PAGE 1-KK

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE        MAY 17, 2000

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|
| GENERAL LIABILITY (PART 950) | | | | |
| FRUIT OR VEGETABLE DEALERS | | | | |
| CONTRACTORS HAZARD | 01,03,05, 13,17 | IF ANY | GROUP 1 | COVERED |
| | | | GROUP 2 | NO COVER |
| | | | GROUP 3 | NO COVER |
| | | | GROUP 4 | NO COVER |
| | | | GROUP 5 | NO COVER |
| | | | GROUP 6 | NO COVER |
| 16292B - BASIS 021 CONSTRUCTION OPERATIONS - OWNER - N.O.C. (NOT RAILROADS) NOT ON BOARD SHIPS. | | | | |
| WATERCRAFT HAZARD | 03 | 01 | GROUP 1 | COVERED |
| | | | GROUP 2 | NO COVER |
| | | | GROUP 3 | NO COVER |
| | | | GROUP 4 | NO COVER |
| | | | GROUP 5 | NO COVER |
| | | | GROUP 6 | NO COVER |
| * 1988 WELCRAFT SCARAB 23' #WELP4212A888 - 50 MPH 330 HP ENGINE #694341 VALUE:  $10,000 | | | | |
| * 1988 TRAILER SA4300 - 18' #1LGE2K224J1005054 VALUE:  $1,500 | | | | |
| * 1992 CLASSIC AIR BOAT PAP000865G292 - 16-30 MPH VALUE:  $12,000 | | | | |
| * 1993 AMTL BOAT TRAILER #4DJA18SJ1HA000422 VALUE: $2,000 | | | | |
| * 1992 SKATER BOAT 32' #DUX92427H292 1600 HP  50 MPH VALUE: $140,000 | | | | |
| * 1992 DMC TRAILER #18692 VALUE: $10,000 | | | | |
| 40117A - BASIS 012 BOATS - NOT FOR RENT | | | | |
| WATERCRAFT HAZARD | 02 | 03 | GROUP 1 | COVERED |
| | | | GROUP 2 | NO COVER |

188025B

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE      MAY 17, 2000

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | INSUREDS | LOCATIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|
| GENERAL LIABILITY (PART 950) | | | | |
| | | | GROUP 3 | NO COVER |
| | | | GROUP 4 | NO COVER |
| | | | GROUP 5 | NO COVER |
| | | | GROUP 6 | NO COVER |

```
    * 1998 21' CHAPARRAL 2135SS
      #FGBU3585F898 / 50 MPH
      VALUE: $25,000
    * 1998 MERCRUISER 5.0 LITER
      IN/OUTBOARD #0L091456
      VALUE: $5,000
    * 1997 SHORELANDER TRAILER
      #1MDE30V24VA943505
      VALUE: $2,900
    * 1995 POLARCRAFT 16FT ALUMINUM
      #PLR99225J495
      VALUE: $4000
    * 1984 HIGH TRAILER
      #1YR010262EY053850
      VALUE: $500
    40117A - BASIS 012
    BOATS - NOT FOR RENT
```

AUTO INSURANCE (PART 900)

| OWNED AUTOS | 03 | ALL | COMPRE. | 100 DED* |
|---|---|---|---|---|
| 0063 STATED AMOUNT | | | COLLISION | 250 DED* |

NO. ---DESCRIPTION---

```
01 1987 ENCLOSED TRAILER
 ID #1B9EC2028G1134227
   STATED AMOUNT -    $3,000

02 1941 FORD COUPE
```

188025B                                                PAGE 1-MM

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

```
                                                    0009455 00
                                                    0009455 00
```

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE       MAY 17, 2000

```
ITEM 3
COVERAGES, PROPERTY INSURED, AND         INSUREDS  LOCA-   PERILS      OUR
SPECIAL PROVISIONS APPLICABLE TO                   TIONS   INSURED     LIMITS
EACH COVERAGE PART:


AUTO INSURANCE (PART 900)
  ID #186729400
    STATED AMOUNT -    $34,000

  05 1967 CHEVROLET CORVETTE
  ID #194377S117653
    STATED AMOUNT -    $30,000

  06 1967 CHEVROLET CORVETTE
  ID #194377S110850
    STATED AMOUNT -    $10,000

  07 1963 CHEVROLET CORVETTE COUPE
  ID #308375120114
    STATED AMOUNT -    $50,000

  08 1999 CHEVROLET EXPRESS             H
  ID #1GCE615W2X1139362
  0001 LOSS PAYABLE PROVISIONS
-----------------------------------------------------------------------------


OWNED AUTOS                             02    ALL    INJURY      300,000
  0063 STATED AMOUNT                                             EA.OCCUR
  0091 UNDERINSURED MOTORISTS                        UM-BI        15,000#
  0203 UNINSURED MOTORISTS                                        30,000#
  *******************************                    COMPRE.     100 DED*
  $250 DEDUCTIBLE APPLIES                            COLLISION   250 DED*
  *******************************
  * UM INCLUDES PROPERTY DAMAGE
  * UIM INCLUDES PROPERTY DAMAGE
    AND BODILY INJURY
NO. ---DESCRIPTION---

  01 1983 YAMAHA GOLF CAR

188025B                                                    PAGE 1-NN
```

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

```
                                                    0009455 00
                                                    0009455 00
```

```
THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE        MAY 17, 2000
```

```
ITEM 3
COVERAGES, PROPERTY INSURED, AND       INSUREDS  LOCA-    PERILS      OUR
SPECIAL PROVISIONS APPLICABLE TO                 TIONS    INSURED    LIMITS
EACH COVERAGE PART:
```

```
AUTO INSURANCE (PART 900)
  ID #J24000635
   STATED AMOUNT -    $1,500

  02 2000 YAMAHA GOLF CART
   ID #JR1400114
    STATED AMOUNT -    $8,000
------------------------------------------------------------------------
```

```
OWNED AUTOS                          01       ALL     INJURY      300,000
  0063 STATED AMOUNT                                              EA.OCCUR
  0091 UNDERINSURED MOTORISTS                         UM-BI        40,000
  0203 UNINSURED MOTORISTS                            COMPRE.     100 DED*
  *********************************                   COLLISION   250 DED*
  $250 DEDUCTIBLE APPLIES
  *********************************
  * UM INCLUDES PROPERTY DAMAGE
  * UIM INCLUDES PROPERTY DAMAGE
     AND BODILY INJURY
 NO. ---DESCRIPTION---

 01 1995 HARLEY DAVIDSON 1340 CC
  ID #1HD1BJL41SY033210
   STATED AMOUNT -    $18,000
------------------------------------------------------------------------
```

```
OWNED AUTOS                          03       ALL     INJURY      300,000
  0091 UNDERINSURED MOTORISTS                                     EA.OCCUR
  0203 UNINSURED MOTORISTS                            UM-BI        40,000
  ***********************                             COMPRE.     100 DED*
  $250 DEDUCTIBLE APPLIES                             COLLISION   250 DED*
```

```
188025B                                              PAGE 1-OO
```

## UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

```
THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE      MAY 17, 2000


ITEM 3
COVERAGES, PROPERTY INSURED, AND        INSUREDS  LOCA-    PERILS        OUR
SPECIAL PROVISIONS APPLICABLE TO                  TIONS    INSURED       LIMITS
EACH COVERAGE PART:


AUTO INSURANCE (PART 900)
  ***********************
  *UM INCLUDES PROPERTY DAMAGE
  *UIM INCLUDES PROPERTY DAMAGE
   AND BODILY INJURY
 NO. ---DESCRIPTION---

 01 1999 HARLEY DAVIDSON M/C
    ID #1HD1FCW15XY641076
-----------------------------------------------------------------------



 OWNED AUTOS                             07       ALL      INJURY        300,000
   0091 UNDERINSURED MOTORISTS                                           EA.OCCUR
   0203 UNINSURED MOTORISTS                              UM-BI            40,000
   ********************************                      COMPRE.          100 DED*
   $250 DEDUCTIBLE APPLIES                               COLLISION        250 DED*
   ********************************
  *UM INCLUDES PROPERTY DAMAGE
  *UIM INCLUDES PROPERTY DAMAGE
   AND BODILY INJURY
 NO. ---DESCRIPTION---

 01 1981 YAMAHA 1100 MIDNIGHT SPEC
    ID #4H3001996
     STATED AMOUNT -     $3,000
-----------------------------------------------------------------------



NEWLY ACQUIRED AUTOS ARE COVERED FOR THE HIGHEST LIMIT AND THE LOWEST
DEDUCTIBLE FOR THE PERILS APPLICABLE TO YOU IN THE SCHEDULE OF OWNED AUTOS.

* LIMIT IS ACTUAL CASH VALUE OF THE AUTO, LESS DEDUCTIBLE SHOWN PER AUTO.

# THE FIRST LIMIT IS PER PERSON, THE SECOND IS PER ACCIDENT.

@ LIMIT IS STATED AMOUNT, LESS DEDUCTIBLE SHOWN PER LOSS.

188025B                                                  PAGE 1-PP
```

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE    MAY 17, 2000

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|

PERSONAL UMBRELLA (PART 970)

| | | | | |
|---|---|---|---|---|
| PERSONAL UMBRELLA | 02 | ALL | INJURY | 20,000,000 EA.OCCUR |

   RETENTION        $250
ENDORSEMENTS APPLICABLE:
0162 WRONGFUL TERMINATION
0252 EXCLUSION YEAR 2000 AND OTHER
      DATE-RELATED LOSSES
0561 SPECIAL ASBESTOS LIMITATION
UNDERLYING INSURANCE:
  * HOMEOWNERS - NATIONWIDE
    #5219 HO 224971
    EFF: 8/99 - 8/00
    LIMIT - 500,000
  * HOMEOWNERS - NATIONWIDE
    #7202 MP 099879
    EFF: 12/98 - 12/99
    LIMIT - 300,000
  * WATERCRAFT - UUIC
    #188025B
    EFF: 11/99 - 11/00
    LIMIT - 300,000
    * SPECIAL ASBESTOS LIMITATION
    LIMIT - 12,000,000

| | | | | |
|---|---|---|---|---|
| PERSONAL UMBRELLA | 07 | ALL | INJURY | 20,000,000 EA.OCCUR |

   RETENTION        $250
ENDORSEMENTS APPLICABLE:
0162 WRONGFUL TERMINATION
0252 EXCLUSION YEAR 2000 AND OTHER
      DATE-RELATED LOSSES
0561 SPECIAL ASBESTOS LIMITATION
UNDERLYING INSURANCE:
  * HOMEOWNERS - NATIONWIDE
    #52 HO414-729
    EFF: 9/99 - 9/00
    LIMIT - 300,000
  * AUTO - UUIC
    #188025B
    EFF: 11/99 - 11/00
    LIMIT - 300,000
    * SPECIAL ASBESTOS LIMITATION
    LIMIT - 12,000,000

188025B

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

```
                                              0009455 00
                                              0009455 00
```

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE      MAY 17, 2000

ITEM 3

| COVERAGES, PROPERTY INSURED, AND SPECIAL PROVISIONS APPLICABLE TO EACH COVERAGE PART: | INSUREDS | LOCA-TIONS | PERILS INSURED | OUR LIMITS |
|---|---|---|---|---|

UMBRELLA (PART 980)

```
UMBRELLA                        01,03,05,  ALL   INJURY   20,000,000
  RETENTION: NONE               08,11,12,                  EA.OCCUR
                                13,17

  ENDORSEMENTS APPLICABLE:
  0089 UMBRELLA LIMITS INCLUSIVE
  0162 WRONGFUL TERMINATION
  0250 EXCLUSION YEAR 2000 AND OTHER
          DATE-RELATED LOSSES
  0561 SPECIAL ASBESTOS LIMITATION

  DESIGNATED PERSONS:
    DAVID B. GREYTAK
    RONALD MILLER
    BONNIE MILLER
    FREDERICK W. HERTRICH III
    ********************************
    ENDORSEMENT 250 APPLIES TO PART
    5 OF THE DEFINITION FOR INJURY
    ********************************
    VEHICLE USE AGREEMENTS:
    WALTER GATLING
    NANCY MAZZA
    LISA POLMON
    RUFUS GIBBS
    JESSICA RITCHIE
    NICOLE GREYTAK
    ROBERT MORLEY JR.
    ****************************
    SPECIAL ASBESTOS LIMITATION
    12,000,000 LIMIT

  UNDERLYING INSURANCE:
    PART 2 (EMPLOYER'S LIABILITY INSURANCE) OF ANY WORKERS' COMPENSATION
    ISSUED BY US TO THE INSURED SHOWN FOR THIS COVERAGE PART;
    ALL OTHER COVERAGE PARTS OF THIS POLICY PROVIDING LIABILITY INSURANCE
    FOR THE INSUREDS NAMED ON THIS COVERAGE PART EXCEPT COVERAGE PART
    530, PART 550, ENDORSEMENT 038 OF COVERAGE PART 900, AND COVERAGE
    PART 970.

  OTHER POLICIES:
    NONE
```

188025B                                                    PAGE 1-RR

# UNIVERSAL UNDERWRITERS INSURANCE COMPANY

7045 COLLEGE BOULEVARD • OVERLAND PARK, KANSAS 66211
(A STOCK INSURANCE COMPANY)

0009455 00
0009455 00

THIS DECLARATIONS PAGE IS SUBSTITUTED, AND ALL PREVIOUS
DECLARATIONS PAGES ARE VOID EFFECTIVE       MAY 17, 2000


ITEM 3
COVERAGES, PROPERTY INSURED, AND           INSUREDS  LOCA-    PERILS      OUR
SPECIAL PROVISIONS APPLICABLE TO                     TIONS    INSURED     LIMITS
EACH COVERAGE PART:

THE PREMIUM BASIS FOR THIS POLICY IS:  VARIABLE

COUNTERSIGNED: 07-26-2000 BY _____  REPRESENTATIVE

MAIL TO: NUCAR, INC. ATTN: GAIL
         174 N. DUPONT HIGHWAY
         NEW CASTLE, DE 19720

188025B  V                                                PAGE 1-SS