UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

NANCY J. WHALEN

    Plaintiff

v.

NUCAR CONNECTION, INC., et al.

    Defendants

CIVIL ACTION

RDB 02 CV 191

\*\*\*

AFFIDAVIT

I, John Marcionetti, am over 18 years of age, am competent to testify about the matters contained in this affidavit, and have personal knowledge of the matters contained in this affidavit.

1.    I am employed by Universal Underwriters Group, which includes the Universal Underwriters Insurance Company ("Universal"), as an underwriting account executive. Part of my duties involve overseeing the insurance sold by Universal to NuCar, Inc. and its related entities, including NuCar Connection, Inc.

2.    Universal insured Nucar Connection, Inc. from November 1, 1999, to November 1, 2000, under Unicover policy 188025B. When the policy was issued, it was delivered by me to NuCar, Inc. in Delaware. The premium payments were likewise made in Delaware.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of this affidavit are true.

*John Marcionetti /s/\*\**
_____
 John Marcionetti


\*\*Counsel hereby certifies that he has a signed copy of this affidavit available for inspection at any time by the court or a party to this action.