**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

July 2, 2003

Paul D. Bekman, Esquire
Salsbury, Clements, Bekman, Marder
 & Adkins LLC
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201

Andrew Janquitto, Esquire
105 West Chesapeake Avenue
Suite 300
Towson, Maryland 21204

David Franklin Ryder, Esquire
Martin, Donnelly, Grimaldi & Gallagher
Nine North Adams Street
Rockville, Maryland 20850

Russell Fields, Esquire
Simmons, Fields & Fanshaw
1 North Charles Street, Suite 20
Baltimore, Maryland 21201

Douglas W. Biser, Esquire
Mudd, Harrison & Burch
105 W. Chesapeake Avenue, Suite 300
Towson, Maryland 21204

Subject: Nancy J. Whalen v. Nucar Connection, Inc., et al.
            Civil No.   MJG-02-191

Dear Counsel:

I understand that Judge Bennett has scheduled you to come back to me for continuation of settlement discussions in this case on Monday, August 11, 2003. The same guidelines set forth in my letter of November 25, 2002, remain in effect. Please provide me with any additional ex parte letters by Monday, July 28, 2003.

Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

Very truly yours,

/s/
Beth P. Gesner
United States Magistrate Judge