DEMONSTRATOR PLAN - NOVEMBER 1, 1991

The Manager's demo is intended to provide temporary transportation for the assigned manager. It is also to be used for demonstration purposes when customers desire to drive that particular model. These units are to remain "salable" at all times.

1) Demonstrators will be assigned by the sales manager in order to insure a properly balanced fleet.

2) Demos are to be driven exclusively by the assigned manager with the exception of normal business activity usage.

3) Requirements for care of the demonstrator are as follows:
   A. Positively no smoking in the vehicle.
   B. Positively no eating in the vehicle.
   C. Oil change to be performed at 3,000 miles at manager's expense.
   D. Oil change to be performed at 5,000 miles at manager's expense.
   E. No personal property is to be stored in the vehicle.
   F. Vehicle is to be kept clean at all times.
   G. Vehicle is to be returned with a full tank of gas.

4) Requirements for receiving demonstrator privileges:
   A. Valid drivers license.
   B. Acceptable record for company insurance coverage. (Employee must provide current driving record from state in which they reside).
   C. No D.U.I. convictions on record.
   D. Submission to substance testing at dealers request.

5) Manager must park demonstrator at 5,000 miles.

6) Demonstrators are only to be operated within a 50 mile radius of the dealership. Exceptions to this limit must be authorized by the General Manager in writing.

7) Manager accepts all responsibility for damage done to the vehicle. The normal deductible for physical damage is $1,000, however higher charges up to the full purchase price may be applied for incidents involving negligence such as reckless driving, speeding, or substance abuse.

8) Charges for the use of the demonstrator are $200 per month.


PLAINTIFF'S EXHIBIT B

9)  The transportation of open alcoholic beverages in demonstrators is trictly prohibited.

10) All demos **MUST** be parked in the designated parking area at all times.

11) A spare set of keys must be available to the sales department at all times.

12) Window stickers and Federal disclosures must remain on the vehicles while on the premises.

13) Manager must drive their own demo, no switching of demos is to occur.

14) Demo inspections will be done a minimum of once a month by the sales manager.

15) Vehicles on the lot must contain enough gas to be used for demonstration purposes, and must be turned with a full tank.

I ___ARLENE DUNN___ AGREE TO THE TERMS STATED IN THIS DEMONSTRATOR AGREEMENT.

___/S/ Arlene Dunn___
signature

___11-11-91___
date