IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NANCY J. WHALEN | * | |
| Plaintiff | * | |
| v. | * | Case No. RDB-02-191 |
| DONALD L. TEMPER, et al. | * | |
| Defendants | * | |

\*\*\*\*

GENERAL CONSENT TO PROCEED BEFORE
A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C. § 636(d) the undersigned party to the above-captioned civil matter hereby voluntarily waives its rights to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment.

_____s/_____
Douglas W. Biser
Mudd, Harrison & Burch
300 Jefferson Building
105 West Chesapeake Avenue
Towson, Maryland 21204
410-828-1335
Attorney for Defendant NuCar Connection, Inc.