UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

NANCY J. WHALEN

    Plaintiff

                                                                                       CIVIL ACTION

v.

                                                                                       RDB 02 CV 191

NUCAR CONNECTION, INC., et al.

    Defendants

\*\*\*

DEFENDANT UNIVERSAL'S GENERAL CONSENT TO PROCEED
BEFORE A UNITED STATES MAGISTRATE JUDGE

Defendant Universal Underwriters Insurance Company ("Universal"), by its attorney and in accordance with the provisions of 28 U.S.C. § 636(c), voluntarily waives its right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment.

                                                                      Respectfully submitted,

                                                                      *Andrew Janquitto /s/*
                                                                      _____
                                                                      Andrew Janquitto
                                                                      Mudd, Harrison & Burch
                                                                      105 West Chesapeake Avenue
                                                                      300 Jefferson Building
                                                                      Towson, Maryland 21204
                                                                      410 828 1335
                                                                      Fed. Bar. # 06637

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Consent was efiled on August 15, 2003, to each of the following:

>Douglas W. Biser
>Mudd, Harrison & Burch
>105 West Chesapeake Avenue
>300 Jefferson Building
>Towson, Maryland 21204
>
>Paul D. Bekman, Esquire
>Salsbury Clements Bekman Marder & Adkins, LLC
>300 West Pratt Street
>Suite 450
>Baltimore, Maryland 21201
>
>David F. Ryder, Esquire
>Brault, Graham, Scott & Brault, LLC
>101 South Washington Street
>Rockville, Maryland 20850
>
>Russell Fields, Esquire
>Simmons, Fields & Fanshaw
>1 North Charles Street, Suite 20
>Baltimore, Maryland 21 201

*Andrew Janquitto /s/*
_____
Andrew Janquitto