IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NANCY J. WHALEN
    Plaintiff                              *

        vs.                                    Civil Action No. RDB 02-191

DONALD L. TEMPER, et al
    Defendant

**GENERAL CONSENT TO PROCEED
BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily waive her or his right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_Barbara Arlene Dunn_
Name of Party

_[signature]_
Signature of Party or Counsel

_8/15/03_
Date

**This form is available on the Court's web site: www.mdd.uscourts.gov.**

U.S. District Court (Rev. 3/24/2003)