IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AUG 1 8 2003

NANCY J. WHALEN                 *

   Plaintiff                    *

                                        Civil Action No: RDB - 02-191

DONALD L. TEMPER, et al

   Defendants

\*              \*   \*   \*   \*      \*      \*

## GENERAL CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C § 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily waives their right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_____
Russell Fields, Esquire
Simmons, Fields & Fanshaw
1 North Charles Street, Suite 20
Baltimore, Maryland 21201

Attorneys for Defendant, Donald Temper

Date: August 5, 2003