**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**BETH P. GESNER**
**UNITED STATES MAGISTRATE JUDGE**

**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-4288**
**(410) 962-3844 FAX**

August 21, 2003

RE: <u>Whalen v. Temper, et al.</u>, RDB-02-191

MEMORANDUM FOR COUNSEL

Dear Counsel:

      I understand that you have consented to proceed before a magistrate judge in this case and that the case has been referred to Magistrate Judge Bredar. Further, I note that there is a schedule in place for the briefing of Nucar's summary judgment motion. It appears that, once the summary judgment motion is resolved, it may make sense for us to resume settlement discussions. To that end, I request that Mr. Bekman confer with counsel after the summary judgment motion has been decided and advise me as to counsel's view of whether we should schedule another settlement conference.

      Thank you for your attention to this matter. I look forward to hearing from you.

Sincerely,

/s/

Beth P. Gesner
United States Magistrate Judge

cc: Judge Bredar