October 16, 2003

The Honorable Beth P. Gesner
United States Magistrate Judge
United States District Court
    for the District of Maryland
101 West Lombard Street, Room 110
Baltimore, Maryland  21201

                RE:    Whalen v. Temper, et al.
                         Civil No.: JKB-02-191

Dear Judge Gesner:

    I am in receipt of Your Honor's letter of October 14, 2003.

    I have consulted with all counsel who believe that it would be beneficial to have a further settlement conference.

    We look forward to hearing from you as to an agreeable date.

                                                    Very truly yours,


                                                  PAUL D. BEKMAN

PDB/slp

cc:    Douglas W. Biser, Esquire
       David F. Ryder, Esquire
       Russell Fields, Esquire