February 4, 2004

The Honorable James K. Bredar       *Via Facsimile - 410-962-2985*
United States District Court
    for the District of Maryland
101 West Lombard Street
Baltimore, Maryland  21201

        RE:    Nancy J. Whalen v. Donald L. Temper, et al.
                  Civil Action No.: JKB-02-191

Dear Judge Bredar:

    I am pleased to inform the Court that the parties have agreed to a high/low binding arbitration to be conducted before The Honorable Hilary Caplan in lieu of proceeding to a jury trial on February 9, 2004.

    It is the parties' request that the matter be stayed pending arbitration which dates we are attempting to arrange at the present time.

    All counsel thank Your Honor for your help in bringing this matter to a position where we could narrow the issues and have the matter arbitrated without tying up the Court for a week.

    Thank you for your consideration.

                                      Respectfully,

                                      PAUL D. BEKMAN

PDB/slp
cc:    David F. Ryder, Esquire *(via facsimile)*
        Douglas W. Biser, Esquire *(via facsimile)*
        Russell Fields, Esquire *(via facsimile)*